UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.                                              )<br>)         CRIMINAL NO. 1:16-cr-10343-ADB-4<br>RICHARD M. SIMON,                    )<br>)<br>Defendant.                    )<br>) | |

**RESPONSE TO DEFENDANT SIMON'S MOTION FOR ORDER TO REQUIRE ANY FURTHER FILINGS BY PRIOR COUNSEL TO BE MADE UNDER SEAL**

Undersigned counsel respectfully submits this Response for the limited purpose of responding to defendant Simon's Motion for Order to Require any Further Filings by Prior Counsel to be Made Under Seal. *See* ECF No. 968.

In responding to Weil, Gotshal & Manges LLP's ("Weil's") Motion to Intervene [ECF No. 965], defendant Simon also has moved for an Order requiring that if Weil provides information and documents relevant to defendant Simon's conflict of interest claims in the future, it do so *ex parte* and under seal. *See* ECF No. 968.

In so moving, defendant Simon recognizes, as he must, that Weil, not the Government, is uniquely positioned to provide the Court with information and documents essential to the Court's review and resolution of defendant Simon's allegations and request for a new trial. This includes claims that:

1. There was a conflict of interest in Weil advising defendant Simon in connection with his criminal case and Insys in connection with corporate and restructuring issues;

2. Defendant Simon was not adequately informed of Weil's engagement by Insys for corporate and restructuring issues; and

    3.    If there was a conflict of interest, defendant Simon did not provide effective consent for Weil's representation of Insys.

Although Weil has not disclosed any privileged information or documents in its motion to intervene, defendant Simon seeks a blanket sealing order regarding any information or documents that Weil provides in the future. Weil opposes defendant Simon's blanket request but will abide by our obligation to maintain client confidences except insofar as we are permitted to disclose information and documents necessary to respond to defendant Simon's allegations of misconduct, as permitted by applicable bar rules. *See*, *e.g.*, Mass. R. Prof. C. 1.6(b)(5).

Respectfully Submitted,

/s/ Patrick J. O'Toole. Jr.
Patrick J. O'Toole, Jr., (BBO# 559267)
patrick.otoole@weil.com
WEIL GOTSHAL & MANGES LLP
100 Federal Street, 34th Floor
Boston, Massachusetts 02110-1802
(617) 772-8365

Dated: August 19, 2019

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on August 19, 2019.

    /s/  Patrick J. O'Toole. Jr.