# Exhibit G



# Memorandum

September 12, 2018                                                                                           Confidential

| To | From | CC |
|---|---|---|
| Insys Team | Ronit Berkovich | Abbie Chessler |
| | | Arielle Gordon |
| | | Serge Svoysky |

**Re** Screening Memo

The purpose of this memo is to set out your obligations as a member of the Weil team (the "**Insys Team**") providing corporate restructuring advice to Insys Therapeutics, Inc. ("**Insys**") (53602.0003) (the "**Insys Matter**"). The Insys Team is comprised of all attorneys and paralegals ("**timekeepers**") listed in the Appendix as Insys Team members and any timekeepers who hereafter are designated as Insys Team members. In addition, Weil is representing a former executive of Insys, Richard Simon (74309.0003 and 0004), and the timekeepers assigned to those matters, and those who hereinafter are assigned to that matter, are collectively referred to as the "**Simon Team**". The timekeepers currently on the Simon Team are listed in the Appendix.

In order to avoid any appearance of impropriety, we have established a screen between timekeepers on the Insys Team and timekeepers on the Simon Team. Specifically, you shall **not** (a) work on or have anything to do with the services the Simon Team is providing to Richard Simon, (b) receive or review any documents, files, or information concerning, or relating to, Weil's representation of Richard Simon, (c) discuss, formally or informally, any aspect of the Insys Matter with anyone on the Simon Team, or (d) share documents, files, or information concerning the Insys Matter with anyone on the Simon Team. In addition, if you wish to discuss any aspect of or share any information concerning the Insys Matter with anyone outside of the Bankruptcy Finance & Restructuring department, you **must** first confirm with Conflicts Operations (conflicts.operations@weil.com) that the timekeeper is not on the Simon Team.

**Weil**

Confidential

If you have any questions about the nature or extent of this screen, please contact Abbie Chessler.

Weil

Confidential

## Appendix

| Insys Team |
|---|
| Bauer, Alex |
| Berkovich, Ronit J. |
| Danilow, Greg A. |
| Ellsworth, John* |
| Green, Frederick S. |
| Hoehne, Debora |
| Holtzer, Gary T. |
| Lansio, Lisa |
| Ryken, Andrea S. |
| Solomon, Kaila* |

| Simon Team |
|---|
| Chafuen, Gregory |
| Citron, Eileen |
| Guo, Sasha* |
| Haigh, John |
| O'Toole, Jr., Patrick J. |
| Tyrrell, Steven A. |
| Velarde-Cubek, Denisse |

* denotes a paralegal.

3

# Chessler, Abbie

| | |
|---|---|
| **From:** | Berkovich, Ronit |
| **Sent:** | Monday, September 17, 2018 10:07 PM |
| **To:** | Bauer, Alex; Danilow, Greg; Ellsworth, John; Green, Frederick; Hoehne, Debora; Holtzer, Gary; Lansio, Lisa; Ryken, Andrea; Solomon, Kaila; Goldring, Stuart (stuart.goldring@weil.com) |
| **Cc:** | Gordon, Arielle; Covino, Teisha |
| **Subject:** | Insys screening memo |
| **Attachments:** | Insys Screening Memo.docx |

Please review attached and remember to add new team members to the screen as they are added.
(Stuart, I am adding you to this. We consulted with you on this for the pitch and we may need your advice later. There is nothing for you to do for now.).



Ronit J. Berkovich

Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
ronit.berkovich@weil.com
+1 212 310 8534 Direct
+1 646 942 6272 Mobile

1



# Memorandum

September 13, 2018                                                                              Confidential

| To | From | CC |
|---|---|---|
| Simon Team | Steven Tyrrell | Abbie Chessler |
| | | Arielle Gordon |
| | | Serge Svoysky |

**Re** Screening Memo

The purpose of this memo is to set out your obligations as a member of the Weil team (the "**Simon Team**") providing legal advice to Richard Simon (74309.0003 and 0004) (the "**Simon Matters**"). The Simon Team is comprised of all attorneys and paralegals ("**timekeepers**") listed in the Appendix as Simon Team members and any timekeepers who hereafter are designated as Simon Team members.

The Simon Matters are **restricted matters**. That means, you shall not (a) discuss, either formally or informally, any aspect of the Simon Matters with anyone outside the Simon Team or (b) disclose to anyone outside of Simon Team any documents, files, or information concerning, or relating to, Weil's representation of Richard Simon with respect to the Simon Matters. Before you add any timekeepers to the Simon Team, you **must** email Conflicts Operations (conflicts.operations@weil) to confirm that the timekeeper is permitted to be added to the Simon Team.

If you have any questions about the nature or extent of this screen, please contact Abbie Chessler.

Weil, Gotshal & Manges LLP

**Weil**

Confidential

## Appendix

| Simon Team |
|---|
| Chafuen, Gregory |
| Citron, Eileen |
| Guo, Sasha* |
| Haigh, John |
| O'Toole, Jr., Patrick J. |
| Tyrrell, Steven A. |
| Velarde-Cubek, Denisse |

* denotes a paralegal.

2