# EXHIBIT A

9/4/2019 INSYS Therapeutics Reaches Agreement in Principle to Settle Department Of Justice Investigation | Insys Therapeutics Inc

Case 1:16-cr-10343-ADB Document 975-1 Filed 09/16/19 Page 2 of 3

# NEWS RELEASE

[View printer-friendly version](#)

<< Back

# INSYS Therapeutics Reaches Agreement In Principle To Settle Department Of Justice Investigation

*Provisional Financial Settlement Terms Are Consistent with Previous Public Statements and Disclosures*

PHOENIX, Aug. 08, 2018 (GLOBE NEWSWIRE) -- INSYS Therapeutics, Inc. (NASDAQ: INSY), a leader in the development, manufacture and commercialization of pharmaceutical cannabinoids and spray technology, announced today that it has reached an agreement in principle with the Department of Justice (DOJ) to settle the DOJ's civil and criminal investigation into inappropriate sales and commercial practices by some former company employees. This agreement in principle is subject to the negotiation of final settlement documents with the government.

Consistent with previous public statements and disclosures, the terms of this agreement in principle call for INSYS to pay $150 million over five years, with the potential for contingency-based payments associated with certain events that, if they were to occur, management estimates would require additional payments ranging from $0 to $75 million. INSYS also expects that a final settlement would include other material non-financial terms and conditions which will also be subject to negotiation.

"This is a very important step for our company to move forward and continue our transformative efforts to foster a compliant and ethical culture and to execute against our well-differentiated product pipeline, which we believe can bring value to patients globally," said Saeed Motahari, president and chief executive officer of INSYS Therapeutics.

**About INSYS**

INSYS Therapeutics is a specialty pharmaceutical company that develops and commercializes innovative drugs and novel drug delivery systems of therapeutic molecules that improve patients' quality of life. Using proprietary spray technology and capabilities to develop pharmaceutical cannabinoids, INSYS is developing a pipeline of products intended to address unmet medical needs and the clinical shortcomings of existing commercial products. INSYS is committed to developing medications for potentially treating addiction to opioids, opioid overdose, epilepsy, and other disease areas with a significant unmet need.

9/4/2019 INSYS Therapeutics Reaches Agreement in Principle to Settle Department Of Justice Investigation | Insys Therapeutics Inc

Case 1:16-cr-10343-ADB   Document 975-1   Filed 09/16/19   Page 3 of 3

**Forward-Looking Statements**

This news release contains forward-looking statements including the statement that this agreement in principle is a very important step for our company and that our product pipeline is well-differentiated and can bring value to patients globally. These forward-looking statements are based on management's expectations and assumptions as of the date of this news release; actual results may differ materially from those in these forward-looking statements as a result of various factors, many of which are beyond our control. These factors include, but are not limited to, risk factors described in our filings with the United States Securities and Exchange Commission, including those factors discussed under the caption "Risk Factors" in our Annual Report on Form 10-K for the year ended Dec. 31, 2017 and subsequent updates that may occur in our Quarterly Reports on Form 10-Q. Forward-looking statements speak only as of the date of this news release, and we undertake no obligation to publicly update or revise these statements, except as may be required by law.

| CONTACT: | Corporate Communications | Investor Relations |
|---|---|---|
| | Joe McGrath | Jackie Marcus or Chris Hodges |
| | INSYS Therapeutics | Alpha IR Group |
| | 480-500-3101 | 312-445-2870 |
| | jmcgrath@insysrx.com | INSY@alpha-ir.com |



INSYS Therapeutics, Inc.