IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

RICHARD M. SIMON

No. 16-cr-10343-ADB

**SENTENCING MEMORANDUM EXHIBIT A (LETTERS)**

**Family**
02  Lauri Simon (wife)
08  Susan Simon (mother)
11  Andrew Simon (brother)
13  Kathleen Berlin (mother-in-law)
15  Paul Berlin (father-in-law)
17  Sheri Henson (sister-in-law)
19  Lee Weinberg (cousin)
20  Michael Henson (brother-in-law)

**Colleagues**
21  Andrew Byars
23  Jessica Kroll
26  Jason Voegele
27  Toni Paskoski
29  Elina Cardenas
31  Michael Hawley
33  Patrick Watson
35  Justin May
36  Kimberly Dargie
37  Scott Emery
38  Myles Walsh

**Providers**
40  Philip Matthews
41  Bonnie Wilensky
42  Judson Somerville

**Clients**
46  Mickeli Bedore
47  Allison Bedore
48  Dan Watson

**Friends**
50  Joe Abing
52  Rachelle Abing
53  Mark Berkowitz
54  Christopher Botnick
56  Mere Chinich
57  Kevin Cofsky
59  Doris Davis
60  Kathy Demos
62  David Donza
64  Robert Fiorile
66  Raymond Giordano
67  Jeff Klein
69  Eric Kriebel
70  Helen Mabry
71  Greg Macchia
72  Gregory McCoy
73  Dylan Membrino
74  Daniel James Nolan
75  Lori Schulte
77  Robert Settlemire
79  Lisa Settlemire
81  Brian Sondreal
82  Thomas Stranova
84  Samara Swierkocki
85  James Swierkocki
86  Joshua York

Lauri Simon

Seal Beach, CA 90740

November 2, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

I'm Lauri Simon, Rich Simon's wife. Rich is and has consistently been my trusted, loving husband and best friend for almost 13 years.

Rich and I first in met in 2002 when we were both Pharmaceutical Sales Reps at Janssen, a division of J&J. I was Rich's trainer for a week after his initial product training. I was then assigned to be one of his ongoing mentors. Reflecting on my time of knowing Rich only as a co-worker, I never saw ethical lapses. In fact, because I was Rich's trainer and mentor, he would sometimes check in with me to make sure his sales message was on target or his expense report was completed correctly. Even when we were simply co-workers, I had a unique opportunity to understand Rich's character.

I fell in love with his kind-heartedness, positive energy, witty humor, and his ability and willingness to communicate his deepest feelings. We have two beautiful, kind, active boys, Z██ (10 years old) and E█ (7 years old). The Rich Simon our family knows is a loving and supportive husband, an amazingly involved and beloved "Daddy", and a caring, devoted son whom we all rely on and desperately need in our lives. Rich and I have a relationship that's loving and honest. It's also somewhat unique in that we've had similar careers so we're able to talk about work related successes, failures, struggles, and disappointments and we "get each other".

It has been heart wrenching the past 3 years seeing Rich depicted as something so opposite of the husband I know and love deeply. I respectfully ask you to consider Rich's character from my perspective, along with the extreme hardship our family will endure if he is gone, when deciding his sentence.

The following examples are of Rich's character as Z██ and E█s "Daddy":

Although Rich had a very close relationship with his father especially as a teenager and adult, due to his father's health issues Rich has only one memory of doing something active with his dad, having a baseball catch once. To grow up with that as his norm, it's unbelievable to me how much Rich is involved in our kids' lives

A02

and how much our kids thrive due to his role as "Daddy". To say Rich is "involved" is an understatement as he has been Z⬛ and E⬛s primary caretaker during significant periods of their lives.

When our oldest son Z⬛ was born, Rich and I shared parenting responsibilities 50/50. We both worked and Z⬛ was one of those kids that woke up 2-3 times/night until he was two years old. I love thinking back at those memories when Z⬛ was a baby and Rich was heating up pumped milk at 2am on a nightly basis without a complaint.

When Z⬛had just turned 3 years old, Rich ended up caring for him, basically as a sole parent, for 3 months while I was hospitalized long-term during my pregnancy with E⬛. Not only did Rich balance a new job while caring for Z⬛ while I was out of the home for 3 months, he did this while we were dealing with the stress of potentially losing the pregnancy and knowing I was risking my own health to try to carry the pregnancy to term. Looking back, I know I couldn't have handled all of that simultaneously as he did with such ease. During this 3 month period of time, Rich potty-trained Z⬛, interviewed pre-schools, cooked him healthy foods, and took Z⬛ to visit me in the hospital regularly.

Z⬛ (now age 10) has combined ADD/ADHD and due to this, has struggled in school and with developing close friendships.  Since Rich also had severe ADHD as a child, when Z⬛ started exhibiting some of the symptoms, Rich was instrumental in Z⬛'s early diagnosis.  Because of this, we were able to intervene early, Rich helped develop a "Section 504 Plan" with Z⬛'s school so that the teachers would know how to work with him best with specific written plans.  Once Rich helped get this implemented at Z⬛'s school, Zane went from having a C- in Reading his 3rd Grade Year to having A's and B's in 4th Grade, and now Straight A's with 2 A+'s on his latest 5th Grade Report Card.

In addition to being instrumental in getting Z⬛'s grades back on track, Rich worked and continues to work with Z⬛to make sure he's no longer bullied at school.  It's amazing to me how Rich connects with Z⬛ so naturally and they talk so openly.  Rich has helped Z⬛learn how to stand up for himself and when Z⬛ started implementing Rich's advice, the kids who were bullying Z⬛ finally stopped.

Rich connects with both Z⬛and E⬛in a way that somehow seems just perfect for whatever age and stage they're in. Z⬛ is our deep communicator, like Rich. Z⬛ opens up to Rich and tells him about his struggles at school, seeks Rich's help when he needs it.  Z⬛ also enthusiastically opens up to Rich after school to tell him about the good parts of his day.

E⬛(now age 7) is not our communicator, to say the least.  Possibly due to him being born premature, E⬛was slow to speak, had problems articulating his words correctly, and needed speech therapy for 3 years.  Now his speech issues are minor, but he is still our quiet one, getting angry and acting out instead of communicating how he feels.

While Rich was in Boston at the trial, E█ significantly regressed with his communication. I could tell he was angry, but when I would try to talk with him, he would have temper outbursts. Neither Z███ nor E█ know about the case yet, so he wasn't dealing with anything painful. He was simply missing Rich's love and influence and not understanding why he had to be gone so long. Z███, who's our carefree, talkative, social one, started to withdraw emotionally and have anger outbursts at home.

When Rich came back home, even though Rich was dealing with the emotions of just having been found guilty and clearly was not his usual self, he was able to connect emotionally again with both Z███ and E█. Z███'s emotions became stabile again almost immediately. He had his devoted Daddy back to talk to in depth about his feelings, his highlights from the day at school, and confiding about issues with friends that Rich had always helped him talk through. E█'s anger outbursts became significantly less frequent.

E█ couldn't get enough "Daddy time" when Rich came home from the trial. He only wanted "Daddy to snuggle" each night. When he was asked at school what he wants to be when he grows up, E█ wrote, "the best Daddy in the world". When I saw his schoolwork and asked him why, he said "'cuz I have the best Daddy in the world, so I know how to do it".

It makes me cry just thinking about that moment. If Rich weren't awaiting sentencing and we were living a normal life, that comment may have brought happy tears to my eyes. But now, when I think of E█ saying that, my heart sinks and I feel such anxiety knowing that we will most likely be breaking his heart and altering his future forever when we have to break the news that his "best Daddy in the whole world" is going to prison.

Rich and I are very purposeful in our parenting of Z███ and E█ and try to be as thoughtful as possible in our decisions that affect them. At this point, they still don't know anything about the trial or Rich's conviction. We're still retaining some amount of hope that Rich somehow won't be sentenced to prison time and we won't have to explain this to them until they're old enough to understand. That is what keeps Rich up at night and eats him up more than anything. We've talked about how we will sit them down and explain in an age appropriate way, why their Daddy is going to prison, if we need to, but we are so worried about how this will forever impact their future. Rich has contributed so positively to Z███ and E█'s childhood. Rich is truly an amazing father that connects with our kids in a way I can't. Especially since they are boys and they'll be entering the pre-teen years before we know it, I can't even imagine the negative impact a prison sentence will have on them during this crucial developmental phase of their young lives.

Examples of Rich's character as a selfless, supportive, loving husband:

There are too many stories to share in a letter of how Rich has supported me selflessly throughout our almost 13 years of marriage. In my attempt to summarize years of selflessness, love and support into a few paragraphs, Rich has repeatedly put my needs and the kids' needs before his own with every major life decision

we've made as a couple. It began with our decision to move from Denver to California when we were newlywed and Rich wanted to stay in Denver.

One of the most significant ways Rich has demonstrated his selflessness and support in our marriage is when he's been encouraging and helpful when my anxiety disorder and depression have taken over my life for significant amounts of time at different points in our relationship. Instead of getting frustrated or angry with my lack of competency at times, he has only been supportive and has encouraged me to seek professional help both alone and together.

When I became unable to work due to my anxiety becoming debilitating, Rich sought out new jobs to try to compensate for my lack of income which was higher than his at the time. Neither of us realized the extent to which that commitment would change our lives forever. It was during this time that Rich started working at Insys. It was by far the highest pressured job he had ever had; it was his first and only time managing anyone. With everything that has happened over the last 3 years since his shocking indictment, I can't help but feel somewhat responsible for the added pressure he felt to support the kids and me while I couldn't contribute financially. He went into it with the goal of just making up for my lost salary, never realizing that accepting that job and promotion would ultimately cost us everything.

I should add that when Rich was first hired at Insys, he was genuinely excited about the opportunity, the positive aspects of the product, and its impact on patient care.  Insys didn't send Rich to product or management training even though he had never sold a pain medication nor managed people.  Insys didn't provide Rich with compliance training even though he hadn't been in the pharmaceutical industry in about 10 years, and the legal and regulatory landscape had changed dramatically.  It didn't even have a compliance department.  But Rich was excited because he truly believed the product was the best in its class.  At the time, Rich's dad was in the final stages of his life and suffering from COPD among other ailments.  Rich had heard that the product was being studied to help with the symptoms of COPD and encouraged his dad to ask his own physician if it would help him. He went to Insys with only the best intentions and we could never imagine things would end this way.

I have since gone back to work full time with a sales position in the genetic testing industry.  In April when Rich was away at the trial, I started my new job. Rich is their primary caretaker picking them up from school, feeding them their after-school snack, helping them with homework, shuttling them around to evening sports practices, and often cooking dinner for us when I'm too overwhelmed with work and life, which happens too frequently nowadays. Plus, Rich takes the time I don't have right now just to play and connect with Z██ and E█ which they crave. Everyday Rich does something active with them. They practice football, he's taught them how to throw a better Frisbee than I'm capable of, they shoot hoops, and they put together thousand- piece Lego sets. Rich reads to E█ every night before bed and shares deep thoughtful talks with Z██ each evening.

With so much uncertainty in our lives right now, my treatment resistant anxiety disorder has again spiraled out of control. I'm doing everything I can to get better

knowing I'm the only one of us capable of earning income right now. I've switched medications many times over the last 3 years, my psychiatrist has even added an antipsychotic to my anti-depressant in an attempt to better control my anxiety and depressive symptoms, and I recently completed 36 sessions of daily TMS therapy (trans magnetic deep brain stimulation) and 10 sessions of Neurofeedback therapy, to try to "keep it together."

Even with the incredible amount of stress Rich has experienced during the last 3 years since his indictment, and the extreme emotions he's been dealing with after the conviction, Rich has managed to be the strong one. He's the positive and hopeful partner in our marriage. He can't make the anxiety and depression go away; nothing seems to do that, but he helps me, and more importantly is now the primary caretaker for Z▮▮ and E▮ Not only does he primarily care for them when I'm working in the afternoons and evenings, but also on some weekends when I just can't get out of bed due to my depression or I'm unintentionally quick tempered and hurtful due to my anxiety. When needed, which is often, Rich completely takes over parenting and household responsibilities until I'm either finished with work and/or emotionally available to parent them properly.

While Z▮▮ and E▮ are at school, Rich has started working from home selling and consulting for the business we began last year. Although the business hasn't yet earned any income, Rich has been working closely with the owner of the company we represent, Marketplace Managers, and has created PowerPoint presentations and marketing campaigns which he communicates to potential customers. He has several commitments for follow up appointments from potential customers and could continue to work this position from home while caring for Z▮▮ and E▮ Rich is hard working and responsible and I'm confident he could also contribute to our family financially, if given the time to continue what he's started.

I would be remiss if I didn't give an example of Rich's character as it relates to his parents. Rich is an honorable, caring, devoted son to Susan (as well as to his Dad Marvin when he was still alive). In the fall of 2014, Rich took time off work and away from us, to live with his parents for 6+ weeks when his dad was dying. His mom was a retired nurse, but he felt an obligation to be there for his dad at the end and to be his mom's emotional support. He literally held his dad's hand while he died and was so thankful he was able to be there for him even though it was the hardest moment he's ever experienced.

Once Rich's dad died in October 2014, he helped his mom settle in California so she wouldn't be alone in Florida. The last few years Rich has needed to be there for his mom in other ways, as she has dealt with surgery from lung cancer, chemotherapy and the removal of her bladder due to cancer, and now another round of chemotherapy due to the metastasis of her bladder cancer.

If Rich is sentenced to prison time, I am very concerned about his mom's survival and quality of life. I am barely hanging on physically and emotionally trying to manage my full-time demanding career while parenting Z▮▮ and E▮ and Rich is still here offering his full support. There is no way I can take on the role Rich has as Susan's primary caretaker; I'm just stretched way too thin. I don't know how I

will even manage to keep my job or parent Z███ and E●intentionally like Rich and I have always done as a team.

I hope that by me sharing some specific examples of Rich's character and how much he contributes positively to our family and how necessary that contribution is, has helped you to see a different perspective of Rich Simon than you had before reading my letter.  Your Honor, I'm respectfully requesting your consideration for the utmost leniency possible with sentencing Rich.  I can't even begin to imagine the extreme hardship it would place on our entire family if he is taken away from us.

With utmost respect,

Lauri Simon

▬▬▬▬▬▬▬▬▬▬▬
Seal Beach, CA 90740
December 7, 2019

The Honorable Allison D. Buroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2100
Boston, Massachusetts 02210

Dear Judge Burroughs:

I am Susan D. Simon, Richard Simon's mother.

I am writing you as the mother of an exemplary son to request your lenience in sentencing. He has never been in any kind of trouble (legal or otherwise) his entire life. Until I retired, I was a Registered Nurse. I worked for the New Jersey State Medicaid Program for over 25 years. For a large part of that time I investigated fraud and abuse across the broad spectrum of Medicaid Providers. I had many conversations with Richard during that time about the abuses I found. He was very interested, attentive, often disgusted, and proud of the fact that I was instrumental in stopping Provider abuse. His father (my husband for 51 years until his death) earned his living in sales. He was extremely honest and drilled the importance of honesty and integrity into his son. Richard worked with him, learned sales from him, and has that work ethic.

Richard has always been caring and considerate of everyone around him. He is an extremely ethical young man. He took a job with a promotion and bigger title so his wife could be a stay at home mom with the hopes he could provide the difference in income. When his father was dying of COPD (Chronic Obstructive Pulmonary Disease), Richard came to Florida to help me take care of him. He was with me for several weeks and was at his father's bedside holding his hand when he passed away. I could not have physically done it alone, nor without his love and support.

Richard didn't want me to stay in Florida by myself and convinced me to move to California. He and his wife had my apartment ready for me when I moved here. I see him, his wife and children several times a week.

I am 76 years old and am living without a lobe of my right lung and without a bladder due to two major cancer operations. Richard takes me to my chemotherapy appointments, my surgeries and my visits with my surgeons and oncologist. He was instructed on how to care for my stoma and apply the bags that collect my urine now that I no longer have a bladder. He has done so on several occasions when I was unable to do so myself. After my most recent surgery to correct a complication from one of those operations, he stayed with me and was prepared to do anything necessary to care for me. He went with me to physical therapy and came daily to help me walk and attempt to regain my strength. I am severely hearing impaired even with 2 hearing aids. He is my second pair of ears at all important visits and conversations. I am dependent upon him for so many things that it will be an extreme hardship for me if he isn't here. He does my food shopping, puts my things away, helps with my laundry, picks up my medications that are ordered from a local pharmacy near his house, does

most of my house cleaning, brings me meals, walks my service dog when I am unable, fixes my TV and computer, assists with my banking, visits with me so I have some company and conversation, and so many other things it is impossible to list them all. I use City of Hope (a large Cancer Hospital here in California), and can't change venues at this late stage. I have many more nodules in my lungs that can change at any time, and have developed another recently. I now have new complications that will require major surgery and need his presence. My cancer was apparently in remission once my bladder and other internal organs were removed. Unfortunately, my cancer has now spread to my lymph nodes and I am undergoing chemotherapy once again with only a 50% chance of it working to buy me some time. There is no cure. Richard is my transportation to and from chemotherapy, and stays with me for the 7-8 hours of the infusions. He is my caregiver and my emotional support. He is a co-occupant of my apartment in order for him to be able to live with me to help with my care. Without him I wouldn't even try to extend my life. I may have to die alone if he is sentenced to prison. He is my health care advocate. I trust no other. I know he will arrange for hospice for me and insure I get the care I will need to remain comfortable and pass peacefully. He is needed to settle my final affairs when I pass away. I know he will carry out my wishes. There is no one else I trust more. If you need to see my medical records I will be happy to share them with you.

Although I have another son, Andrew, he lives in New Jersey with his wife and 3 children. In the 5 years I have been in California, he has come here only a few times for a few days. Our relationship was strained for years and was the cause of our move to Florida. Our relationship can now be best described as cordial. I cannot move to New Jersey, and he cannot and will not come here for any length of time. He works long hours as a partner in his own business and I would be left with no support system at all. I would also have to leave the excellent cancer center where I am being treated.

Richard and his family will be left penniless as the result of this trial. He worries about me his wife, and his children. Who will support his two young sons (only 7 and 10 years old)? Little boys need their father's influence. When he was in Boston for the trial his sons were very upset. They constantly asked when he was coming home. They both developed emotional problems. He takes them to and from school, plays with them every day, supervises their homework and teaches them manners and good behavior. They are once again happy little boys doing well in school since he is back at home. He will be a terrible loss if he has to leave them again. His children's mental heath will deteriorate. Where will his family live? How will they live? Will his sons' emotional issues get worse? I live in an age-restricted community. They can't live with me. I have a limited income and can't support them and myself as well.

Richard always aspired to get into healthcare sales as a result of growing up around my nursing career and witnessing his father's long-term health issues (Cancer, Diabetes, Heart Disease, and Lung Disease, among others) from the time Richard was a young boy. He wanted to help people and always said that he needed to believe in what he was doing in order to be the best he could be.

Once he was indicted, he continued to try to figure out a way to support his family. He knew no other corporate healthcare companies would consider him with his current legal predicament. He didn't sit idle, but instead started a business in the name of his deceased father with the goal of helping small companies benefit from his wealth of sales experience. He managed to bring on a client and close his first deal for that client during the trial in Boston. This is a true testament to his character and dedication to his family.

I am positive Richard followed the recommendations of this and every other company's compliance department where he worked. Please take into consideration his history of honesty, integrity, ethical work history and his family's needs and please exercise leniency with his sentence.

I am available to you if you need any more information. Email is preferable, as I don't hear well on the phone. I check my email several times a day.

Respectfully,

Susan D. Simon (Richard's mom)

5/14/2019

Andrew Simon

Far Hills, NJ 07931

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02110

Dear Judge Burroughs:

I am writing to request leniency for my brother, Richard Simon, regarding his sentencing
related to the Insys case.

I am four years older than Richard and believe I am one of the best people to represent his
character since I've known him since he was born and have had a relationship with him
through all the stages of his life to date.

I live in NJ with my wife and youngest of our three children who is now in high school. Our
older two are attending and living at their respective colleges. I've spent my 30 year
professional career providing consulting services to a variety of regulated industries including
the Pharmaceutical industry.

Throughout Richard's life from early childhood to adulthood he surrounded himself with high
integrity, trustworthy, genuinely good people. Richards circle of friends was built equally by
him seeking out good people as well as good people wanting to be close with Richard.

Throughout our lives our father was our moral compass. He had a strong position on good and
bad, right and wrong, and dos and don'ts. After college graduation, Richard worked side by
side with our father for a number of years and it is my observation that he became more and
more like our father and that's one of the highest compliments I can give.

Richard and I don't always agree. In fact we've had many passionate disagreements as you'd
imagine brothers do. Reflecting on 100% of our disagreements throughout our lives, Richard
has never – ever waivered on what he believes in and he's earned my deepest respect.  I do not
see my brother through rose colored glasses and I know his faults. A lack of honesty and
integrity are not among his faults. He is true to his word.

A11



Richard does not hurt people, through his actions he has gone out of his way to help people. In the early days of my marriage, there were some extreme disconnects between my mother and my wife regarding expectations of the care of grandchildren, the role of grandparents and the autonomy of a new mother. Significant family friction as a result of these mis-aligned expectations was putting my marriage in jeopardy. Richard took it upon himself to intervene by finding, interviewing and finally selecting and scheduling a family therapist. He then convinced me, my wife and our parents to participate in the professional help that he scheduled and paid for – actually he forced us all to go.  If it were not for his caring, thoughtfulness, and commitment to making things "right", I would have had to make a decision that would have either ended my marriage or alienated me from my mother indefinitely. It is because of Richard that I did not have to face that decision. He could have easily just observed and witnessed the fall-out either way, but he didn't because he couldn't.

Rich has two young children, my nephews. If you had the opportunity to see him interact with them you witness a family unit where genuine love and kindness is the basis he established to raise the boys. Please allow my brother to be there for his children.

I know the verdict came back guilty. I understand the national sentiment toward the pharmaceutical industry and the desire to put faces on companies. I hope you find through reviewing the case and letters like mine that my brother is not that face, and I am begging you for leniency when sentencing.

Thank you for entertaining my request,

Andrew Simon

Andrew Simon • 2

A12

Kathleen R. Berlin
~~[redacted]~~
Carlsbad, Ca. 92011

December 10, 2019

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

I am writing to you about Richard Simon, and am asking you for leniency for him.

I am Richard's Mother In Law. Rich has been married to my daughter, Lauri Simon, for 12 years, so I have known Rich for about 15 years. Rich is a loyal husband to my only child, Lauri. She is my ground, she is my heart, she is my soul. Rich gives her love, he gives her strength, he gives her loyalty and he gives her the freedom to be whoever she is and needs to be. What Mother could want anything more for her daughter? I love him for the honest and decent human being he is and he delivers on that honesty and decency daily. Rich and Lauri have 2 sons, Z●, 10, and E●● 7. When I think of my perfect words for describing Rich, it is "that he is the most incredible father and teaches his boys honesty and integrity daily."

Their 10 year old son, Z●●, has been diagnosed with ADHD, and Rich's presence in his life is crucial for Z●●'s staying on the path for a normal school year, and not feeling "different". Z● is not as athletic as E●● but is very intelligent and introspective. Rich constantly communicates with him and helps him see his strengths. Rich also helps him avoid bullying and being made fun of, and teaches him to stand up for what he knows is right and admirable. Rich also had ADHD as a child, and feels and knows what Z●● is struggling with. Rich has deep and introspective discussions with Z●● on life and daily issues and sees to it that he is not on the ipad and video games too much, and he spends time with him inside and outside the home to be sure he is active. Z●● knows his Dad had ADHD and he respects his Dad and what he teaches him.

E●●, their 7 year old son, is very verbal and also hyperactive. He is the happiest when Daddy is around. Rich spends daily time with him at soccer, throwing baseballs, shooting baskets, and skateboarding. E●● needs to be moving and Rich has the role of helping him expend his energy. E●● told me the other day that now he also loves another new sport – baseball. He was really excited to share that and I asked him how he knows so much about baseball now. He enthusiastically stated, "Daddy is teaching me!!"

Rich works with both boys on their homework and is always "there" for them and at school activities. He works with the boys on what is right and instills in them to be honorable. He teaches them that by being honest to themselves and with others that they will have integrity. Rich provides the boys healthy discipline, he gives them unconditional love, he listens intently to them and engages them in conversation making them think and know that their feelings are worthy and important, thereby

building their self esteem. Rich ALWAYS portrays a positive attitude about life and finding the good in situations, and in people.

Family has always been first in Rich's life. He has worked hard and diligently and HONESTLY to set examples for Z█████, E████, Lauri, and extended family and friends. Z████ and E████ suffered immensely, as did Lauri, with Rich's long trial. The boys were sad and would ask daily and especially when going to bed, when will Daddy be home. They were heartbroken, as was Lauri, especially watching a 1st and 4th grader having to survive and also not understand what was happening in their life, and why the absence of Daddy. Now that Rich is home they are thriving and happy again. They have balance, they have the love and devotion of both parents, and they have the discipline from Daddy they need to succeed in school and at home. Rich is SO needed at home with these two young and vulnerable boys. My daughter Lauri needs Rich at home, Z████ and E████ need him home. They would all suffer emotionally and be run down physically without his presence at home. While he was away at the trial, the toll it took on Lauri, Z████ and E████ was heartbreaking to watch and witness. Their family unit was broken.

Thank you for reading my letter. Everything in it is from my heart. I am available if you desire to contact me. My email is ██████████████████████ and my cell phone is █████████████ Thank you so much for your consideration of leniency for Rich.

Sincerely,

*Kathleen Rae Berlin*

Kathleen Rae Berlin

Paul Berlin
~~████████████████~~
Carlsbad, Ca. 92011

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

I am writing to you, as Rich Simon's Father In Law, and grandfather to Lauri and Rich's 2 sons, Z██ 10, and B█ 7. Lauri's mother, Kathy, and I have been married for 22 years. I am pleading for leniency in his sentencing.

I respect Rich for the engaging father he is to Z██ and B█ Rich spends an enormous amount of time with them. His time with them is continually building their esteem and character. He talks through situations with them and works with them to find answers and resolve problems. The boys have talked to me about "situations" at school and elsewhere, and I am amazed and impreseed as to what Rich has taught them--to stand up for themselves and to prevent bullying. He is preparing them for their teenage and adult years. Rich attends their football, soccer, swim practices and is at their games lending his love and support. Rich spends time every morning with them before school, and especially after school and on weekends. When I am there, I see him on the greenbelt in front of their home, throwing a ball, kicking soccer balls, or shooting baskets at their garage. He is the father to my grandsons that every boy should have the chance to grow up with.

I have witnessed also that Rich is Lauri's support system. He honors her and respects her thoughts and decisions. They together have formed a loyal bond to raise their sons to be honorable men and an asset to society. They are strict and loving. When Rich was at trial for those months, I especially noticed how much his parenting was needed. The boys are too young to understand why they had no Dad. When Rich returned, the family unit worked together again, and Z██ and B█ did not continue to act out inappropriately as they had been.

Rich is a loyal family man and friend. He stands by the boys and coaches them if needed. I witness when I am there and watch how he interacts with family and friends. He explains to his sons why he is teaching or telling him whatever it is. Rich would be a terrific teacher, counselor, or coach.

Rich does not allow any diversion from what is right and he believes and practices following the rules, whatever they are.

I have also witnessed Rich's role in helping the boys with their homework. What I noticed is that he questions them, about their questions, and brainstorms with them to make them come up with their

1

own answers. When homeworks is done, Rich pulls out his guitar and soothes the turbulence of the day, and they listen and enjoy it.

Legos are a huge part of Z⬤ and E⬤s life.  When E⬤shows me a new lego, and I ask about it, he says "Daddy and I made it!".  Z⬤ loves architectural legos, and he is especially proud of Daddy helping him with The White House, USS Missouri, City of Shanghai, and Burj Khalifa. Lauri, Z⬤ and E⬤desperately need Rich at home to be part of the family and to help raise Z⬤ and E⬤to be upstanding citizens.

Not only have I witnessed the calmness in the household when Rich is home versus the uproar in the household when he is not present, but now Rich is his Mother, Susan's, only caretaker.  After Rich took care of his Dad until he died, he now has his mother to take care of as she continues more chemo and lives in pain.  Rich is the only person designated as her caregiver.  His presence is needed for her to be able to live out her days.  His Mother's health is a major hardship to Rich but one he accepts, with love and gratitude for the time he has left with her.

Thank you for hearing me, and again, I plead for leniency in Rich's behalf.

Paul Kenneth Berlins

2

A16

Sheri Henson



Bakersfield, Ca. 93313

The Honorable Allison Burroughs

United States District Court Judge

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

Dear Judge Burroughs,

I'm writing to ask for your leniency in the sentencing of Richard Simon. I would like to tell you about my relationship with Rich, and a little about him.  I'm Rich's Sister in Law. I have known Rich for about 14 years.  Rich is married to my only sister, Lauri Simon. He is also the Father of my two nephews: Z___ (10) and E___ (7).  Rich has always been a loving, caring husband and father. My heart is breaking to see him taken away from his family.

I would like to tell you a little bit about myself. I have been employed as an elementary school teacher for the last 22 years in  Bakersfield, California.  I'm currently teaching 2nd Graders.  I work in a low socioeconomic area.  I've seen many children throughout my career being raised by a single parent.  I have witnessed firsthand   how difficult it is on a child to have one of their parents absent from their lives.  Children withdraw, act out, and aren't able to thrive as well as they would with two supportive parents in the household.

Rich is an exceptional husband and father.  My sister, Lauri had an extremely difficult pregnancy with her second son (E███). She was first put on bed rest, and then ended up being hospitalized for nearly 5 months.  Rich put everything on hold to support his family through this difficult situation.  He was there sitting by her side all the while also taking care of the needs of a three year old. I am so thankful for Rich for always taking care of my sister and nephews. I couldn't ask for a better brother in law.

Rich is a supportive father.  Z███ (10) was diagnosed with ADHD a few years ago. He had always worked so hard with Z███ even before actually knowing  the diagnosis.  Z███ has had problems focusing and succeeding in school from a very early age.  Rich has always worked with Z███ to channel his energy.  Z███ has been involved in swimming, sailing, surfing, soccer, baseball, and football.  He would do whatever it took to help Z███.  E███ was born a month prematurely. Rich was always there to support E███ as well.  First of all through the difficult pregnancy, and whatever E███ needed going forward.  E███ is also a very active boy.  He is involved in many outside activities as well with Rich's support.

My husband and I have 3 children.  We have always enjoyed bringing our families together with the Simons. Rich has always been a positive loving father.  He has always engaged our kids as well.  Rich has always enjoyed skateboarding.  That is also an activity that our boys enjoy as well.  He is very passionate about his music. He sings and plays the guitar.  Our family loves to hear Rich plays his guitar and sing.

Thank you for taking the time to read my letter.  I'm so worried about my sister and two nephews, and how they will possibly manage without Rich. Please consider their wellbeing when sentencing Rich.  I respectfully ask for your compassion during the sentencing process. I'm available if you would like to contact me. My cell phone is ███-477-50██ or email ██████████@aol.com.

Sincerely,

*Sheri Lynn Henson*

Sheri Lynn Henson

# WEINBERG GONSER LLP

LEE M. WEINBERG
424.239.2860 direct
lee@weinberg-gonser.com

December 9, 2019

The Honorable Allison D. Borroughs
U.S. District Court Judge
John Joseph Moekly U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Subject: <u>Richard Simon</u>

Your Honor, I write to share my thoughts as to the character and background of Richard Simon. Thank you for this opportunity.

First off, I should identify that I am Richard's second cousin. Our relationship grew when Richard moved to Los Angeles and purchased his residence approximately twelve years ago – well before beginning his work for Insys. Throughout his time in Los Angeles, Richard's well-grounded lifestyle has not changed. He is the same Richard I have known for years. His family and mine celebrate religious holidays together here in Los Angeles.

Richard is a family man with two young children and a wife to whom he is dedicated. He also is a son who had his widowed mother move across the country a couple of years ago so she could be close and live with his full support. That proved fortunate, as his mother has recently fallen very ill with cancer, and she relies on Richard even more now than she used to. Richard takes her to all her doctor and hospital appointments.

In short, the things Richard has been accused of are totally out of character. I have been a member of the California Bar for over thirty years and have seen some bad actors in my day. Richard is nothing like any of them.

Based on his lack of any prior trouble with the law, his good character, and the needs of his children, wife and mother, I ask your Honor for the greatest possible leniency in Richard Simon's sentencing.

Thank you for considering this letter as you move toward sentencing.

Very truly yours,

Lee Weinberg

Michael Henson

Bakersfield, Ca. 93313

The Honorable Allison Burroughs

United States District Court Judge

John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

I am writing to you about Rich Simon, and to ask for leniency in his sentencing.
Rich is my Brother- in- law, and friend. Through the years we have spent a lot of
time together. We would take our children on trips together, such as fishing,
camping, and to sporting events. Over all, Rich is a quiet and likeable guy Except
for the fact, he is a Steelers fan. Go Browns!

I, myself am a college graduate of Montana state University in Billings. I have a
BA degree in Special Education. I was a Special Ed teacher for 5 years. For the
last 15 years I have owned and operated a large landscaping Company with over 30
employees.

As long as I have known Rich, he has always been a hard worker and has always
provided for his family's needs. I did not follow the case, but have heard the
verdict. In anticipation of his sentencing, I feel this is going to put unbearable
circumstances on his spouse and children. I hope that you can consider alternative
sentencing possibilities, so their family is not left without him.

Thank you for your time. I'm available if you need to contact me with any
questions or concerns. My cell number is ████████ or by email
████████████

Sincerely,

Michael Henson

Andrew Byars

Toledo, OH 43614

May 13, 2019

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs:

I am writing to provide a character reference and urge leniency in the sentencing of my friend Rich Simon.

I have known Rich as a good friend for almost ten years and worked with him for two years at Insys Therapeutics. While not surprised to learn of the criminal case against certain individuals at Insys, I was taken aback when I discovered Rich had been wrapped up in the case and indicted. I was even more stunned to hear of his conviction - it isn't in keeping with the strong moral character of the man, father, friend and colleague that I've come to know over the years. It is my sincere hope that, through this letter, you will get a glimpse of the strong family man I know, and that it will provide you will a perspective different from what you may have heard in court.

Rich and I met through our children, who attended the same neighborhood day care in Seal Beach, CA. My wife and I are also close friends with his wife Lauri, mother Susan, and two children, E█ and Z██. We both consider Rich to be a man strongly invested in helping those around him and in setting a good example for his children. In 2011, I was hit by a car in Seal Beach and suffered a severe head injury. Rich observed the accident through a window while sitting with his wife a restaurant and immediately rushed to help. Although I have no memory of the event, I understand from witnesses that I became disoriented and agitated after the injury. The paramedics relayed to me that Rich was able to calm me and help get me into the ambulance. Rich saved my life that day, and my family and I owe him a great debt of gratitude for his help. He was also the first person to visit me in the ICU after I woke from surgery and assisted me through nine months of grueling recovery.

Rich and I stayed in frequent contact after I moved to Ohio in 2012. I recall several conversations in which Rich expressed excitement about working at Insys. He knew I had survived a battle with cancer in 2005, and suggested on several occasions that I consider applying for a job at Insys where I would be able to help cancer patients. He secured an interview for me, and I got the job starting as a District Manager. I was later promoted to Director of Marketing and worked at the corporate office after Rich had left the company. In a professional capacity, I never heard Rich suggest anything that could be deemed non-compliant. I started my job the same month that our first compliance officer was hired. As the compliance department began to develop oversight, policies were constantly changing to reflect circumstances or issues that arose. I observed Rich reinforce those emerging policies and mirrored them through his direction to the sales-force on conference calls and

in one-on-one meetings. During conference calls, I frequently heard Rich defer and refer employees to the compliance department. One particular incident comes to mind in which I had a conversation with a physician who received a call from an insurance company and suspected some type of malfeasance that had occurred in the Insys reimbursement department. Concerned about the incident, I called Rich and he immediately urged me to report the event to the compliance department, which I did immediately by calling our compliance officer Danielle Davis. She indicated that an investigation would ensue and it would be handled internally.

In private, we frequently talked about the DOJ investigation and he always advised me to stay compliant, emphasizing that the *company* was doing good things. The entire sales force were continuously reassured by our compliance department and the C-suite executives that the company was doing things by the books, and that we had nothing to be concerned about, despite what we may have read in the papers. It is the many conversations we had over the years discussing the right way to do things that makes it difficult to reconcile the Rich I know with a convicted felon. I remain confident that any malfeasance Rich may have committed was not done intentionally – he is a kind person that cared about the people working for him and the patients Insys treated. His energy, vigor and optimism at work were contagious and inspirational, and I have never known him to exaggerate or misrepresent the facts of a situation. While I cannot say what happened before I arrived at Insys, I respected Rich as someone who displayed professionalism and devotion to patient care during the time we worked together.

Rich is also a strong family man who is dedicated to his wife and children. I observed him struggle with his wife through a troubled pregnancy that led to a premature birth for his son ██. I also admired him for taking a month off work to personally care for his father in the final days of his life. Shortly after the passing of his father, Rich went to great lengths to help transition his mother to Seal Beach so that she could be close to family and they could offer emotional support for her as she battled lung cancer. He is empathetic, dedicated and loves his family unconditionally. I recall him saying in several conversations that the richest life you can live is one in which you devote your energy every day to doing your very best to do your job in a way that makes both you and your family proud of you. Rich is a strong, stable, reliable father and I know his children will suffer a great deal during any absence of their father through their childhood.

I implore you to be as lenient as the law and your good judgement allows. I know Rich deeply regrets any harm that may have inadvertently come from his actions. I have rarely encountered people with his caring, empathetic character and I hope you'll take that into consideration as you decide on his sentencing.

Should you have any questions about Rich, please don't hesitate to reach out – I may be reached on my cell phone (4██████████) or via email ██████████████.

Sincerely,

*Andrew B Byars*

Andrew Byars

Jessica Kroll

███████████████
Cedar Park, TX 78613

6/12/2019

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

I am writing to urge leniency in the sentencing of my dear friend Richard Simon.

I have known Rich for over 16 years, since we started working together at Johnson & Johnson in 2003. Over time, we developed a close personal friendship that later reconnected professionally as Richard helped me get hired as a District Manager to work at Insys Therapeutics. Prior to Insys, I had been working in the healthcare field for 8 years selling various medical devices in the operating room.

When I first met Richard at Johnson & Johnson, he was a sales representative and was involved in part of my interviewing process along with his manager. The position I was interviewing for was to be Richard's counterpart, so he was given the opportunity to be involved in the interviews, give his opinion and approval of who he thought should be offered the position and ultimately recommended me for the job. We worked together for the better part of two years and during that time I found Richard to be a tremendous mentor for me with respect to learning the internal day to day requirements of the position, ensuring I provided the appropriate clinical benefits to psychiatrists in Southern California and that I continued to grow and improve my skill set as a sales representative, always resulting in positive reviews from our manager and HR team. Rich was always considered a mentor for our entire team and many of our teammates looked to him for advice and suggestions on how to be the best representatives we could be. We were a successful team that achieved top national rankings promoting our products for Johnson & Johnson doing things in a way that was always within the ethical and compliance rules we were taught.

Richard and I became not only counterparts at work but really close friends outside of work, along with my husband as well and he even attended our wedding.

Eventually, Richard was promoted, and I moved on to a different company and out of the pharmaceutical industry, into the medical device industry, but we always kept in touch. After a few years, I relocated to Texas and he relocated to Colorado, but we remained in contact, always catching up and asking each other for advice and exchanging successes and hardships we had experienced and how we overcame them. He is always a great person to talk to and get advice from or just someone who will just listen to me vent, which we all need in our lives.

In 2013, Richard contacted me as he was being promoted to Director of Sales with Insys Therapeutics and as a result, his Regional Sales Manager position would be available. He called me and shared what

A23

an exciting opportunity it would be to work for Insys. Insys was marketing an amazing product for the treatment of Breakthrough Cancer Pain. This was very important to me as my sister was suffering from Stage 4 breast cancer at the time and I thought it would be a huge opportunity for me, in a small way, to help many patients like her. He believed I would make a great sales manager as well and would recommend me for an interview if I was willing to make that step in my career. I interviewed with Richard by phone and then I met with Alec Burlakoff and Mike Babich at the home office in Arizona prior to being made an offer. I was still residing in Texas at the time and agreed to relocate back to Southern CA to take the position.

Upon my hire, Richard once again acted as a mentor to me in my first management role. He helped me with product knowledge, getting up to speed with my new team and provided me daily support so I could perform at the highest level. He at no time ever put me in a situation where I felt I was compromising myself, my team or the company ethically in any way. With over 15 years of experience in medical device and pharmaceutical sales I believe I would have known if I was being directed to do anything that would be outside the lines in any way.

I was heartbroken and devastated to learn he was indicted and later convicted of RICO for his part in working at Insys. I know firsthand from my interactions with Richard both with J&J and Insys that his goal was always to do what was best for our physicians and their patients and to never try to harm anyone for his own benefit.

He was always there for me and my family and always wanted what was best for us. A few months after he had recruited me join Insys, he had to make a difficult decision to let me go from Insys for two key reasons. One, senior management above him was putting pressure on me to relocate from Texas to CA much sooner than they originally agreed to. Rich fought on my behalf but did not have the decision-making power to prevent the continued pressure to move my family. Secondly, he knew that my husband had made significant progress with purchasing and starting his dream job as a gym owner in Texas called, "INSPIRE FITNESS" and Richard felt that in addition to the pressure from corporate for me to move too quickly being unfair and unwarranted, that it would be better for my family if I stayed put in Texas and pursued this dream. In turn, he ensured the company paid me a quarterly bonus as part of a severance package that was not the standard practice at the time. A move that provided my family some security while I looked for a new job. Richard of course offered to be a reference for me for any position I interviewed for moving forward.

In the end this was the best move for me, and my family and I thank him for this. Decisions like the ones I've shared and the guidance he has provided me personally have always led me to believe without a doubt that Richard has moral and ethical standards of the highest level.

He has always been an outstanding citizen and never had any other trouble in his life. As I am sure you are aware, this is not only his first conviction, but his first offense. Given his otherwise clean record, I strongly believe that he could do more with an opportunity to continue to be the husband to his wife Lauri and father to his children Z⬛ and E⬛that will reflect positively on society and his community. I understand the gravity of this situation, but I ask that you do not make your decision on this situation alone. Richard has always been an honorable man and a family man and I know this situation has been extremely difficult on him and his entire family. He has always been a loyal, dedicated, focused and hard worker in order to provide for and support those he loves and cares for. This situation has put an

extreme hardship on the entire family.  A prison sentence would only put additional hardship on the entire Simon family, including his wife and two young children.

I appreciate your time and consideration and it is my sincere hope you take this letter in to account at the time of sentencing.  I believe Rich Simon to be an honorable individual, family man and a good human being.

Please feel free to reach out to me personally if you would like to discuss further.


Sincerely,

Jessica Kroll

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300 Boston, Massachusetts 02210

Dear Judge Burroughs:

My name is Jason Voegele and I am writing to share my heartfelt perspective on Rich Simon. I have known Rich now for approximately 20 years. I wouldn't call Rich a friend in typical layman's terms but I would in relation to his effect on me.

I currently work for Alkermes. I have been in the Pharma/Biotech Industry for 24 years. I worked with Rich in the first company, J&J. Rich became an immediate influence on me not only with his wit and humor but more so with his kindness and integrity.

Rich and I worked together on multiple projects in which we were often faced with difficult people and plenty of opportunities to be selfish. Yes Rich is a nice guy, smart, funny, but what really stood out is his unwillingness to take shortcuts and/or to do anything that might be perceived as unethical.

I could provide many examples of this but one clear case that I recall was when we had an opportunity to get a provider group to fully endorse product thus increasing our sales. Being young and wanting to realize the benefits for us I never thought for a second beyond what looked like a sure thing for us. However, Rich recommended that the organization take the time to evaluate the opposing view—our competition!

I would tell you I couldn't believe it but I was so overcome by the character of the act that I felt its impact much greater than the financial rewards I would certainly receive. There was nothing illegal about it he just made it a point to be overly ethical.

I could give you many more examples like that but what's clear is he wasn't doing it for me, he wasn't even doing it for himself, and he was doing it because it was right.

This is why I find it so hard to believe that Rich is in this position. We are in a complicated business and many times the lines can be blurred. I see the pressure that comes from holding positions such as Rich's and I can only imagine that this was a mistake, not an error in judgement but a mistake or oversight in which the right thing to do wasn't even clear to him—or it wouldn't have happened!

My hope is that the broader range of effects Rich has had on the lives of others will be considered. These are serious accusations, and had he intentionally done something wrong I would certainly see the logic in it—I believe in justice. However, this would hurt me personally to see him unreasonably suffer for a serious act that I can't imagine he was at all aware of.

Respectfully,

Jason Voegele

Toni Paskoski

~~████████████~~
Scottsdale, AZ 85251
mobile: ~~████████████~~
email: ~~████████████~~

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

I am writing this letter to share my opinion about Richard Simon's character.  I have no personal ties to him.  I never met anyone affiliated with him personally nor professionally prior to employment at Insys Therapeutics.  My motivation for writing this letter is solely based on my opinion of his character.  I was hired in December of 2014 and Richard was one of the individuals who was in the hiring process that lead to my approval for District Sales Manager.

Never once did Richard direct, advise anyone on conference calls or email correspondence with our sales teams to commit any of the allegations presented in the case against him. He attended meetings with my team of which he conducted himself with integrity of leadership along with teachings of compliant conversations with customers while relaying our marketing campaign.

My background is 20 years in the Pharmaceutical industry, 5 years in Finance prior, and certainly can attest to choices of integrity vs profits and conducting myself and those I supervised with appropriate action for the customer and the soul. Rich and I had exchanges of one on one meetings discussing my progress and tactical ideas of successfully managing my direct reports.  Every conversation was within compliance of normal practice within our industry.

Another reason for my confidence in asking for leniency, is in August 2016, I was promoted to his former position, Director of National Sales.  in other words," walked in his shoes." Despite re training with our entire commercial team, with emphatic and strenuous reminders from our Compliance department, retraining from a new Director of Training, still there were sales representatives along with a few sales managers that were not operating as they should. In other words, despite both of us in the Director of Sales role, leading and managing our sales division with honesty, integrity, and compliance, unfortunately, there were those who decided to behave unprofessionally with no regard to direction.

Please free to give me a call so I may reiterate verbally my support. My contact information is the following: Email: ████████████████ Mobile ████████████

Sincerely,

Toni Paskoski

Elna Cardenas
~~[redacted]~~
Phoenix, AZ 85014

August 1, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Your Honorable Allison D. Burroughs,

I am writing to urge leniency in the sentencing of my dear friend, Rich Simon.

I have known Rich Simon for more than 12 years.  We had met at C. R. Bard. and worked together in the Urology division as territory managers for 6 years. I had trained Rich for his position and worked under the same manager. He was great asset to our team and very supportive to his customer needs. Our business was to provide our customers (hospitals) with clinical solutions on catheter associated infections that would improve clinical practices. I truly believe that we make a difference in our patients lives with our products. Rich was dedicated and supportive to his customers clinical needs. In addition, he would always volunteer his expertise and was always available to his teammates for support.

My name is Elna Cardenas and I am Senior Specialist-advisory council for C. R. Bard dba, Becton Dickinson and employed with them for 20 years. I have a daughter that I raised as a single mother. My family and friends were a big support in my daughter's personal development.

Prior to working at C. R. Bard, I was employed with Monsanto, a pharmaceutical company as a sales representative.  In three short years employed with Monsanto, Monsanto became Searle which was then purchased by Pharmacia which was then purchased by Pfizer.  Having personally gone through those many changes in three years with company leadership and corporate structure and culture, I would like to share a perspective that I believe is relative to what Rich has experienced with Insys.  With each company change, came new rules and guidelines, corporate compliance and general counsel personnel.   Regardless that the industries were the same, this often can create confusion with what could and could not be done relative to sample policies, hosting speaking events, entertaining doctors or caregivers inside and outside the office.  As medical sales manager, we depended on HR to provided corporate compliance, guidance and training to ensure that medical sales managers never put themselves or others in a compromised position.   No two companies have the same rules and some medical companies were permitted to do certain things that were forbidden in others.

How is this relative to Rich?  Since I know him well and have observed him in action in the field selling for the better part of 6 years in the medical device field, I find it impossible to believe that Rich was doing anything other than working within the guidelines he was given.  Rich never exhibited any maverick type behaviors or had a propensity to make rogue decisions that would compromise himself, his career and most importantly the company and patients he worked toward helping.   Rich followed the rules and I never witnessed him act in a manner that put his own self interests ahead of others in need.

Rich is a great father and husband and has been a father figure for my daughter too. He is a man with integrity, principles and goodness. I feel blessed to have had the opportunity to work and build a friendship with him. Our Bard team was like a family and Rich was like a brother to me.

I understand the seriousness of my friend's charges and hope that I was able to provide an added perspective and view  of the man I have grown to know that is completely opposite of the man that was involved and convicted in this case that I have followed.  With much respect I ask for mercy when sentencing my friend.

Sincerely,

Elna Cardenas

Michael Hawley

Torrance, CA 90505

10/10/2019

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

I write to you to ask for leniency in sentencing for my very good friend Richard Simon.

I hired Rich to work for me at C.R. Bard over 10 years ago and he worked for me for 6 of those years. At C.R. Bard, Rich was an exemplary employee. He followed the company guidelines, directives, processes and responded extremely well to coaching and counselling on how to best serve our customers.

- His primary focus was selling Foley catheters with silver coatings that had FDA concurrence for reducing urinary tract infections which in the hospital setting increases morbidity by approximately 10 fold (per the CDC). His efforts likely saved hundreds of lives and prevented thousands of infections throughout his territory. In sort Rich made a large positive impact to the public health.
- Rich was well liked by his customers and peers and he won the highest awards and honors as a sales representative for service and achievement
- Rich was a leader on our team and helped coach other team members on how to improve our value proposition to our customers (hospital systems, doctors and nurses).

Rich and I quickly became very close friends and we remain close to this day. From a business perspective Rich was a trusted advisor who helped me as a manager better serve my team, our patients and the corporation.

From a deeply personal perspective Rich was there for me as I went through a devastating divorce and clinical depression that followed. He has spent many days at my home talking me through the darkest and most challeging period of my life, at that time I was seriously contempating suicide. He was instrumental in helping pull me out of my intensive depression.

Your Honor it is hard for me to over state that Rich has on a professional and personal level always conducted himself honorably. He has always been extremely open, honest and transparent. Through his hard work educating hospital systems and clinicians he helped reduce infections which saved lives and reduced significant pain and suffering. He was passionate about improving patient outcomes and he made a very big difference for the lives of patients in the region he served.

Upon hearing that Rich was convicted of RICO I must say I was devastated and it is still hard for me to believe. I say this from my perspective that he would not break from corporate guidelines

and directives. I spent many days with him and his customers and he never deviated from our general council's guidelines regarding our products and services.

Your Honor I know Rich to have always been an honorable and good human even in difficult times. Rich worked tirelessly to help prevent infections and improve outcomes for thousands of patients. He and his family have suffered greatly emotionally and financially as a result of the charges leveled at himself and Insys. He has been a good citizen and lives honorably. Rather than serving time in prison I know in my heart of hearts he would better serve society working to take care of his family.

Thank you for reviewing this letter and reflecting on the good Rich has done for patients and society. I cannot overemphasize Rich's good character. Please contact me with any questions you may have.

Sincerely,

Michael Hawley

A32

Patrick Watson

Thousand Oaks, CA  91320

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

October 22, 2019

Dear Judge Burroughs:

My name is Patrick Watson and I'm a Regional Business Manager at Myriad
Neuroscience in the healthcare space. I was the person responsible for getting
Rich hired at J&J in 2002, so I've known Rich for almost 18 years.  I interviewed
Rich, did an initial field ride with Rich, and did on-going training with Rich. I can't
say that I've been close friends with Rich over the last 18 years, but we stayed in
contact and followed each other's careers and family lives as they have changed.
We both have young children of the same ages, live active healthy lifestyles, and
have enjoyed discussing how far we both have come personally and professionally
since we met at J&J. I find it truly hard to believe that someone with Rich's
integrity, honor, honesty and family values is in this current situation. From the day
I met Rich back in 2002 until now, his values have remained the same which is
part of the reason we have stayed in touch.

I remember the first day I met Rich when I interviewed him 18 years ago and his
knowledge of the products we were selling at J&J prior to even meeting me. Before
interviewing for the position, Rich had taken the initiative to meet psychiatrists in
the field to ask them questions about the products we represented so he could not
only excel on the interview, but also ensure it was a product he could stand behind
ethically. He didn't just want a pharmaceutical job, he wanted a pharmaceutical job
selling the best product for whatever the treatment.   At J&J we sold Risperdal
which at the time was the best in class product for the treatment of Schizophrenia.
Rich came to the interview and not only understood our products but the
competitors as well.  He knew Risperdal had a better side effect profile and was
more efficacious than any of the other products we were selling. Nobody has ever
come that prepared to an interview. I was impressed by his preparation and his
commitment to selling a product which he believed would make a difference in the
lives of patients.

At one point, Rich reached out to me when he was promoted to National Sales
Director with Insys and asked me if I was interested in a management position at
Insys.  He expressed genuine enthusiasm regarding the company products and
met with me to discuss what it would take to make the move.  At the time I was not
in a management role and we both wanted to make sure it was a good fit.  At no

A33

time during our discussion did I ever get the impression Rich was doing anything other than hiring a manager for an exciting position selling products to help patients that suffered from cancer pain.  If I had felt anything suspicious was happening, I would have never considered the job, nor would I feel comfortable writing a letter in support of his character.  In the end, I did not move forward because I was excited about my career path with Myriad Neuroscience, was being considered for management, and was ultimately promoted to my current role as Regional Business Manager.  Rich was focused on making a difference in the lives of patients with schizophrenia 18 years ago and when we met to discuss the management opportunity 14 years later, he remained passionate and driven by making a positive difference in the lives of patients. Today, I continue to have respect for Rich's integrity, honor, honesty and family values.

Please exercise leniency when sentencing Rich. His wife, children and family need him.


Sincerely,


Patrick Watson

Justin May

█████████████
San Diego, CA 92116
█████████████

August 12, 2019

The Honorable Allison D. Burroughs
U.S. District Court Judge
John Joseph Moakly U.S. Courthouse
1 Courthouse Way, Ste. 2300
Boston, MA 02210

Dear Judge Burroughs,

I am writing to you today as a plea for your leniency in the sentencing of Richard M. Simon. I am an account director at Alkermes, Inc., which is a biopharmaceutical company that focuses on developing and commercializing medications for both substance use disorders and mental health disorders. I have known Rich both professionally and personally for over 15 years. Rich and I were colleagues at Johnson & Johnson and during this time we developed a strong business relationship that eventually developed into a close personal relationship. I have known Rich's wife, Lauri, for over 20 years as we also previously worked together at Johnson & Johnson. I consider myself a very good friend of Rich, Lauri and his entire family. I have taken trips with Rich over the years and feel I know his true character. One thing that drew me to Rich was how sincere he is- He's real. He is a man of integrity and has his life priorities in order. Family is first, followed by work and then time for himself. When Rich's wife got pregnant with their first child, Z██, Rich took on the sole financial responsibility of working so Lauri could stay at home to take care of Z██ and this continued with their second child, E█ This allowed their kids to develop a close, loving relationship with both Lauri and Rich that has continued until present day. Rich's focus on family also extends to his parents, as well, who both moved to Seal Beach, CA, from the east coast to be closer to Rich and his family. Since Rich's father's recent passing, he has been a rock for his mother during her challenging time.

When I initially heard the charge of racketeering that Rich was facing, I had a hard time wrapping my head around it, as the person I have known for years would be incapable of conducting himself in a criminal manner. This seemed completely out of character for Rich who is sincere, honest, family oriented, hardworking and has the highest integrity with uncompromising values. These charges Rich was facing hit close to home for me as I realized that I could have easily been the one working for Insys in Rich's position and have been facing criminal and civil charges instead of him. My hope is that he was not found guilty based on just his position within the company. Many of the pharmaceutical company's decisions and ultimate direction takes place in silos. Other departments are not necessarily included in these decisions, company direction and implementation. It is not uncommon for one department to be unaware of what is taking place in another department. I followed the trial on a daily basis in anticipation that the jury would eventually see the person that I have known for years.

Even during this challenging time for Rich and his family, Rich has not given up as it pertains to providing both emotional support and financial support for his family by finding additional employment. It would have been easy for Rich to give up and sit idle while waiting for trial but that's not the person Rich is. His integrity and morals to do what is right would prevent him from doing so. In my recent discussions with Rich, in true form, the conversation always comes back to his family and his concern about their well-being if he is incarcerated. Please consider this when determining his sentence.

Thank you for allowing me to share my experience with Rich with you. I realize that many factors come into play when deciding on the sentence and hope that you take into consideration what I have shared when determining his fate. You are welcome to contact me for any additional information, as I would be more than happy to discuss further.

Sincerely,

Justin May
████████████

Kimberly Dargie

███████████████

Carlsbad, CA 92011

September 30, 2019

The Honorable Allison D. Burroughs

United States District Court Judge

John Joseph Moakley U.S. Courthouse

1 Courthouse Way, Suite 2300

Boston, Massachusetts 02210

Dear Judge Burroughs:

I am writing to you to ask for leniency for my friend and colleague, Richard M. Simon. He is due for sentencing on the Insys Therapeutics case. I am hoping you will consider my comments before deciding his sentence.

My name is Kimberly Dargie, I am a wife and mom of two teenagers. I work for a medical device company as a senior territory manager and have been with the same company for almost 30 years.

I have known Rich since November 2004 when he joined our team as a sales representative at C.R. Bard. I trained and worked with him for over six years. He was always focused on how our products would help and do the right thing for patients. We developed a friendship with him and his wife, Lauri, over the years. We watched our families grow and shared lessons learned in raising two sons. My boys remember Rich playing his guitar to help calm them down before going to bed after having them over for dinner.

Rich has always focused his energy and efforts in spending quality time and providing for his family. Throughout all he turmoil with everything going on, all he cares about is being with, and providing for his wife and children, Z███ and E█

Thank you for your time in reading my plea for leniency in the case regarding Rich Simon. I know this has all taken a huge toll already on him and especially his family. His wife and two boys need him to be in their lives, both emotionally and financially. If you have any questions, I can be reached at ████████ ████ or email ██████████████████

Sincere Regards,

Kimberly Dargie

A36

Scott Emery

Laguna Niguel, CA 92667

October 2, 2019

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs:

I am writing on behalf of Richard Simon and a request for leniency in consideration of his sentencing.

I have known Rich Simon personally and professionally for almost fifteen years beginning with his employment with
Bard Medical Division in November of 2004.  Initially involved with Rich's hiring process at Bard I soon came to
appreciate Rich as a friend as well as a work partner.

When Rich was hired at Bard I was in the role of National Sales Manager, responsible for a 56-person nation-wide sales
force.  During his hiring and onboarding process what immediately struck me about Rich was his honesty, integrity and
commitment to his belief system.  He was a refreshing example of someone who wasn't afraid to engage challenging
topics or challenge misaligned thinking.  My initial impression hasn't changed at all in fifteen years and I continue to
appreciate and respect Rich's level of integrity.

As an employee Rich was exemplary; predicable in sales success and counted on to interpret and execute senior
management strategy.   I know as part of our senior management sales team we leaned on and had a reliable resource
in Rich in terms of business insight, marketing feedback and uncovering sales team issues.   Rich was respected by our
entire senior management team as honest, insightful and a progressive thinker.   For honest, unvarnished truth, Rich
was willing to have the difficult conversations and keep things in perspective.  As a management team we had a handful
of sales people we relied on; Rich was one of those few.

As a friend, Rich hits all the same boxes mentioned above.  A tremendous listener with great perspective, I've
incorporated his opinions and advice often.  He's humble, introspective but most of all, genuine.  This doesn't seem to
change regardless of the situation.

Your Honor, I am asking for your consideration and recommendation for leniency.  There's a tremendous amount of
good as it relates to this young man.  I've been witness to fifteen years of Rich's life and have a generous amount of
respect for him as an individual, father and contributor to society.

Thank you for your consideration of Rich Simon and taking time to review my letter.  Please feel free to contact me
should you have any questions.

Sincerely,

Scott Emery

A37

Myles Walsh

San Diego CA 92109
June 12. 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burrougns:

I am writing you to consider leniency for Richard Simon's sentencing with regards to the Insys Therapeutics case. I have known Rich for over 7 years and know him to be an upstanding friend, father, husband, son and manager during the course of this time.

I first met Rich when he joined Insys about a year after I joined. I was part of the original Subsys launch team and it was an exciting time where we truly believed we were doing good for cancer patients. Our weeks consisted of calling on doctors 10-12 times a day for lunches and sometimes dinners. Our West Coast team was proud of our clinical knowledge, study efforts and work ethic. Rich become my manager in late 2012 and for the first time in my career a manager put real effort into developing my sales skills: how to plan a daily sales call, clinical highlights to memorize and what resonates with oncologists, among others. He had good morals even in sticky situations: I once had a speaker program with a confirmed 6 attendees- and not one person showed up! It was embarrassing for me, but Rich was empathetic and said that there are easy ways to do avoid this compliantly and we don't have to be stupid about it. We sat down over lunch and discussed ways to plan for next time, such as follow ups on days of dinners, planning further in advance , selling the clinical value of dinners and instead of 6, aiming for 8-10 attendees.

During this time he was a mentor to me for my career, family and personal life. He always saw the potential in me and his career advice was based on what I see myself doing 5-10 years in the future even if it wasn't in pharmaceuticals. Of course he wanted to retain talent, but also wanted to help develop his team on a deeper level. On a personal level he taught me to enjoy the simple things in life and don't worry so much about my career; with good work ethic and positive mindset I will achieve what I want. Rich eventually became Director of sales likely because of his personal impact on his team members and encouraging demeanor. All business we conducted was done in a fair and proper manner. Even though his role changed, he was still available to catch up with me and see how I was doing.

Rich left Insys sometime in 2015 and we still stayed in touch.

In 2017 I left Insys and found my dream job in cancer DNA sequencing. Eventually I moved to Southern California which made it easier to stay in touch with Rich during the unfortunate and unbelievable situation he was brought into with Insys Therapeutics.

During this time, I can affirm that family is his priority and you can see it by the way he interacts with his wife and sons; he tells me they are the love of his life. I believe Rich is a bystander caught in a sad situation and the backfire has been enough for him to tread more cautiously in the future.

Rich is a mentor and big brother to me. I know and understand his situation fully and hope that you grant leniency to his sentencing. Rich has a lot to offer to his family, friends and the public as a whole. He has good judgment and only wants to do well in this world.

In closing, I highly recommend leniency to Rich's sentencing so that he may have the time and opportunity to raise his two sons with his wife Laury, start fresh and be a positive impact on society as he has been for me. I am available to discuss this further by phone, ████████████ or email at ████████████████████

Thank you,

Myles Walsh

A39

**INTEGRATIVE PAIN MANAGEMENT**
PHILIP R MATTHEWS, DO
███████████████████████
BELLEVUE, WA 98004
█████████████

May 10, 2019

The Honorable Allison D Burroughs
US District Court Judge
John Joseph Moekly US Courthouse
1 Courthouse Way, Ste 2300
Boston, MA 02210

Dear Judge Burroughs,

I am writing to ask you to be lenient during the sentencing of Mr Rich Simon. I am an integrative pain management physician in the state of Washington.  I was on the speakers' bureau for Insys in 2013-2014. I got to know Mr Simon since he was regional sales manager for the area where I work.

I had several professional meetings with him when the sale of Subsys, the sublingual fentanyl spray, was discussed.  As a sales manager, he, at no time, communicated, directly or indirectly, that I should prescribe Subsys for any reason other than for which it was FDA approved... for breakthrough pain in opioid tolerant cancer patients.  Nor did he ever communicate that Insys would reward me in any way if I were to increase my prescribing of Subsys.

Mr Simon has always been appropriately professional with me. If there had been any effort by him to incentivize me to increase my prescription writing for Subsys, or to prescribe it for other medical indications, I would have refused and quit the job. I never had to.

Regarding his character, I have had the pleasure of knowing him as a friend. We share an interest in playing guitar music. We met at least three times to play together along with Matthew Napolitano, who played piano. It was while playing music together that I got a better view of the man and his character.

He has always been honorable, kind, compassionate, honest, forthright, respectful, and responsible. He has shared with me his love of his two sons, ages seven and ten. He clearly loves being a father. He also spoke fondly of his wife and the joy of family life. He is very worried about how his family will manage if he is incarcerated. I ask that you also consider their well-being during the sentencing.

Finally, I ask that you take all these factors into consideration while exercising leniency during the sentencing of this honorable and gentle man.  He will always be my friend regardless of the sentence. You are welcome to contact me for additional information at your discretion. Thank you.

Sincerely,

*P Matthews DO*

Philip Matthews, DO
███████████████████████████

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

May 22, 2019

Your Honor,
I am writing to support leniency in the sentencing of Richard Simon.
I have known Mr. Simon in his role with Insys Pharmaceutical Company as I was a consultant and
presenter for Subsys for approximately 2 years.
Although my contact with Richard Simon was limited, all of our interactions were professional. I was
never pressured by Mr. Simon to overprescribe or consider prescribing Subsys inappropriately outside
the labeled recommendations. My experience with Richard Simon was considerate of my practice and
the safest use of Subsys for the management of severe breakthrough pain related to cancer.
Thank you in advance for your consideration of leniency in the sentencing of Richard Simon.

Respectfully,

Bonnie A. Wilensky, MSN
Clinical Nurse Specialist
Pain Management

December 17, 2019

Dear Judge Burroughs,

Richard Simon is an honest, hardworking, and caring person. In all my interactions with Richard, when he worked for Insys and marketed Subsys, he never did anything that I considered illegal, unethical, or detrimental in any way to my patients. I hope you will find the information in his letter useful and that, based on this information, you will grant leniency to Richard.

When I worked with Richard, I was a practicing medical doctor and board certified in pain management and anesthesiology by the American Board of Medical Specialties; I had published multiple peer-reviewed articles on pain management; and I served on the board and was president of the Texas Pain Society. As president of that non-profit professional association, I helped the Texas Medical Board to write the first rules in our state concerning pain management practices and clinics to protect against "pill mills." These rules prevent inappropriate prescribing of controlled substances (including opioids) and promote greater transparency. They have helped to close "pill mills" and, most importantly, to protect the public. I also acted as an expert for the Texas Medical Board and received several letters from board members commending me for my work.

During the time when I worked with and got to know Richard, I ran an extremely busy interventional pain management clinic in Texas with offices in Laredo and Corpus Christi. Before I started practicing in these extremely poor parts of the state, those patients with chronic pain living there were grossly underserved. My clinic was the first in Laredo, and I came to help a single, overwhelmed doctor who served Corpus Christi. At one point, Laredo did not have any practicing psychiatrists, a terrible problem given that many patients who suffer from chronic pain also struggle with depression, anxiety, suicidality, and other mental health problems. These are very challenging areas to practice.

As you may know, I have lost my medical license, but I deny any misconduct whatsoever, and my case is still pending in the Texas state courts. I hope and expect to get my license back so that I can continue to care for patients. It would not be appropriate to go into the details of that matter, here. Suffice it to say, I am not an average person, and my methods and motives can be easily misunderstood.

We have an epidemic of chronic pain in this country, and there is a tremendous amount of controversy about how to deal with that problem, including whether opioids are part of the solution. This epidemic is, in large part, a mental health crisis, because desperate people will do anything to feel better, including self-medicating with dangerous street drugs. (In my experience, well patients do not suddenly become addicted to opioids after limited use any more than healthy people become alcoholics after a few drinks.) Unfortunately, people with

mental health issues are a small minority of chronic pain patients, but they often dominate the conversation about opioids.

Most people especially those who have never experienced chronic pain cannot see the difference between those who are trying to self-medicate a mental illness and those who take opioids for real physical pain. Chronic pain is not merely uncomfortable; it is truly excruciating and disabling. It is pain that usually severely limits the activities of daily living and frequently condemns people to bedrest but, at the same time, prevents them from getting quality, restorative sleep. Yes, it can and often does produce mental health symptoms, such as depression, anxiety, and others. But in the 23 years I practiced, those mental health symptoms usually resolved once the pain was controlled. I know, because I am wheelchair bound, and for the past 17 years, I have suffered from such pain.

Many of my patients, who suffered from chronic pain, had previously tried and failed to obtain relief through surgery (most commonly, spinal surgery which typically made their pain much worse), procedural interventions (for example, injections), or other "conservative" therapies. Once those treatments failed, most were abandoned as beyond help by their medical doctors, surgeons, and interventional specialists. In my experience, however, most of these patients did much better with the correct medication (opioids). Subsys was the most effective and safest of any opioids that I prescribed. As you know, I prescribed it for many of my patients. None of my patients ever end up in the ER due to Subsys or died from using it. Nor did I see any evidence of patients abusing Subsys, which is not something that can be said about most opioids. Yes, there is risk with using such a strong medication, but we are talking about patients for whom all interventions, surgeries, and weaker medications (including strong opioids) have failed. These patients have typically taken opioids for years, but they did not experience significant pain relief. Yet so many did well with Subsys. I felt very strongly about helping these patients cope with their chronic pain, which I understood both as a patient and as a physician.

I took this responsibility very seriously, and unlike many doctors who are focused on quick visits and lucrative billings, I spent significant time face-to-face with my patients. Because there were so many needy patients in Corpus Christi, and because I was only in that office one week per month, it was not unusual for my waiting room to be packed. That may have given the false impression that I ran a "pill mill," but nothing could be further from the truth (as the Texas Medical Board has acknowledged). I often started my day before 8 am and finished after 10 pm. During visits, I took full histories and conducted physical examinations. Before any initial opioid prescription, and with all subsequent prescriptions, I insisted that my patients have psychological evaluations and drug screens each time. It was important for me and my patients to take the time to really talk and to answer questions. I saw these interactions produced better medical results, often with less medication and fewer treatments.

I did not only prescribe medication, such as Subsys. I enjoyed, and was good at, performing injections. Those procedures are quite profitable for doctors: I could make nearly $7,000 in less than 10 minutes of work preforming a procedure called vertebral augmentation, but I was

paid at most $150 for an office visit that lasted 40 minutes to 1 hour.  In fact, once I started putting patients on optimal dose of vitamin D3 as I explain in my book, The Optimal Dose, I went from doing 50 vertebral augmentations per year to none.  My patients were no longer suffering vertebral fractures requiring this treatment.  My problem with over prescribing injections is that, despite the financial benefits for doctors, injections expose patients to acute, short-term risks (most importantly, misplaced needles) and cumulative, long-term risks from steroids.  They also provided very limited pain relief if not selected for efficacy.  I tried to balance my use of injections and medications on a case-by-case basis to do the treatments and medications with least risk, longest lasting positive effects and least amount of treatment for my patients.

With rare exception patients who came to see me had previously been prescribed opioids for chronic pain, and many had used Actiq, a major competitor of Subsys.  (Both were expensive, branded drugs.)  Actiq is essentially a lollipop with fentanyl, the same active ingredient in Subsys.  Before Subsys came to market, I considered Actiq to be the best option, because it (like Subsys) allows the transmucosal delivery of opioids directly into the bloodstream through the membranes in the mouth cavity.  That process avoids initial metabolism in the liver, providing more medication to the blood stream with faster and more powerful relief.  But Actiq also had many problems.  First, putting a potentially dangerous drug in lollipops that children may be tempted to try (especially when they see their parents using them) is not something that I wanted to promote.  Indeed, there have been deaths reported from accidental ingestion of Actiq by children.  Second, the lollipops were loaded with sugar and causing significant damage to the teeth of patients, with many of whom were too poor to afford any dental care.  Third, after prolonged use, many of my patients found that they could not tolerate Actiq, which irritated the insides of their mouths.  Other doctors who prescribed Actiq had the same issues.

Subsys did not have any of these same problems.  It was also much more effective, because it had a much higher bioavailability (absorption) of fentanyl in the blood stream.  As a result, I could prescribe a lower dose of Subsys and provide the same (or better) pain relief than a higher dose of Actiq.  Many of my Subsys prescriptions were Actiq switches.  All the patients for whom I prescribed Subsys had tried other opioid pain medications and had inadequate pain relief or side effects at doses need to achieve adequate pain relief.  In fact, that was Richard's primary pitch for Subsys.  Richard never did any "hard sell" for Subsys, and he never pressured me to prescribe — much less to prescribe in a way that I felt was illegal, unprofessional, or not in the best interest of my patients.  In our discussions, he was always balanced and truthful.  Richard believed in Subsys, championed its benefits, and encouraged me to use it instead of Actiq, which he and I both considered an inferior product.

Of importance, I frequently prescribed Subsys long before Insys asked me to be a speaker.

That it was so effective and safe when prescribed correctly is why I agreed to speak for Insys.  Over the years, I have had many opportunities to speak for pharmaceutical companies, including manufacturers of opioid products.  I mostly declined those invitations, because I did

not believe in the products, even some that I prescribed for lack of any better options.  I chose to speak about Subsys, because in my experience, it helped my patients to control their chronic pain.  Insys paid me to talk about Subsys, but I never said anything that I did not believe, and Richard never encouraged me to say anything untrue or misleading.  I used the money that I earned from Insys to support my medical practice.  Operating two offices and paying staff is expensive.  Additional revenue allowed me to spend more time with more patients.

I apologize that this letter is long, because I know your time is limited.  I hope it helps you to better understand Richard and his professional interactions with me, which I understand were at issue during his trial and part of the reason he was convicted.  I also hope that you will see Richard, as I do.  He is not the face of the opioid crisis, much less the cause of it.  In my experience, he marketed a good product, based on its medical benefits, to doctors like me who treat patients suffering from excruciating chronic pain.  I hope you will see fit to sentence Richard accordingly.

Sincerely,

Judson Somerville, MD

Conroe, Texas 77304



BeBG



Mickeli Bedore

Little Canada, MN 55117

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

I have known Rich Simon on a multitude of levels for the past two decades. I met Rich and his wife Lauri when I lived by them in Colorado. I was just starting my life after college, both personally and professionally. When the reason I moved to Colorado left me, though he didn't have to, he spent as much time with me as I needed to help me heal and figure out my life path. Rich, 10 years my senior, easily could have left me to figure it out but instead went out of his way to offer sincere, truthful, guidance without an ounce of judgement. He became a mentor to me that I have always looked up to.

I eventually moved back to Minnesota, but we never lost touch. I would visit him, Lauri and their two sons Z⬛ and E⬛ frequently (in Colorado, then California), prior to me meeting my wife. When I got married, he was in my wedding. When we were struggling with miscarriages, he would fly in (many times by himself, and at the drop of a hat when our struggles were too strong for us to bear) to support us, again offering heartfelt condolence and guidance.

Recently, my mentor became a valued member of a company my wife and I started, BeBG (Bedore Business Group). We were struggling with hiring good people at the time and when he raised his hand, we hired him in an instant. Our clients and junior/senior teammates alike LOVED working with him due to his honest and direct "call it like it is" approach. He was incredible, so incredible, that one of our clients hired him away from us. It was mutual and honestly, an opportunity of a lifetime, so we couldn't morally block it. To this day, Dan (the CEO) still speaks of Rich as one of the main reasons his Amazon service business Marketplace Managers turned around.

Without Rich, I have no idea how my life would have turned out. He has been present since my first job out of college, through my entire marriage, the lives of our two children and our first business. He has honestly helped shape the man I am today, the man I am proud to be. I have known Rich for nearly twenty years, my wife ten, both personally and professionally. I have seen him handle every situation imaginable and he has always done the right thing. Rich is a man of the highest integrity who has now found himself convicted of a serious crime that put that very integrity in question.

I know his wife, two young boys and mother (who recently found her cancer has come back and is terminal) need him in their lives more now than ever.

Please your honor, reach out to me directly (⬛⬛⬛⬛⬛⬛⬛⬛) if you would like to discuss any of this. My best friend's life is in your hands and I am respectfully asking that you are as lenient as humanly possible when making your decision at sentencing.

My sincerest thanks,

**Mickeli Bedore**  I  CEO + Founder of BeBG

A46



Allison Bedore
~~Address~~
Little Canada, MN 55117

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

Over the past decade, I have known Rich Simon as a dedicated friend, an intentional husband and father, and a knowledgeable, valuable business partner. I was heartbroken to hear he was found guilty in the Insys trial as I know the extent to which these last few years have ripped him and his family apart mentally, physically & financially.

It is with the utmost respect for you and your position, that I ask that his sentence would have minimal impact on these precious years he has left with his young boys Z████ and E██and wife Lauri.

I do not know what I can say to portray Rich's character in one page, but I pray this letter will help paint a picture of the truly sincere man I know that fiercely loves his family and friends. Rich and his wife Lauri met my husband long before I did, and Rich became his friend and mentor. Rich even flew in and played music at our wedding. We love their family - they are adventurous and real – caring and willing to go out of their way to help a friend in need.

After being indicted, Rich joined our company Bedore Business Group in order to support his family and have some sense or normalcy during this tumultuous time. We help our clients reach their revenue growth goals through our custom processes, training and outsourced sales. Rich worked closely with our clients and we were very grateful to have his expertise on the team, as were our clients. In fact, one of our clients was so grateful they hired him away from us (consensually) to work with him exclusively. Rich has worked hard his whole life, but never at the expense of others.

During recent years we have had many late-night talks about life, purpose, and faith – talks that cut to the heart of a person. He and his wife have helped us through several miscarriages, and we have been with them through this gut-wrenching process. Near the end of his time at Insys, he was extremely unhappy, spending too much time away from his family and feeling immense pressure. However, he felt obligated to stay for his family and for employees who depended on him.

I know Rich Simon to be a man of integrity in a terrible situation who is longing to put this behind him and get back to his family, and I ask that you please take this letter into consideration. I am available to talk further (as is my husband) if it would be of any assistance. I can be reached at (████████████ or ████████████████████████n.

My sincerest thanks,

*Allison F Bedore*, Lead Designer
~~████████████~~
BedoreBusinessGroup.com

A47




Suite 261
St. Cloud, MN 56301

July 10th, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Honorable Judge Burroughs:

I am writing to urge leniency in the sentencing of my friend and colleague Richard M. Simon.

My name is Dan Watson. I am the CEO of Marketplace Managers. A company that I have owned for 10 years. I also spent 13 years in the US Army, 11 of those years as a Senior Sniper and Team Leader in a Sniper platoon. I had the honor of being deployed twice to Iraq (2003 & 2005). I left the military as a E5/Sergeant.  I say this because I want to convey the kind of person I am and what I have at stake to make the request I am making. The Army has a set of values that are deeply rooted into who I am, they are: Loyalty, Duty, Respect, Selfless Service, Honor, Integrity, and Personal Courage. Not only are these values something that I work hard to live by myself, but these are the qualities that I look for in the people I work with.

I have known and worked with Rich in my company for a little over a year now and since coming on board Rich has added a fresh new approach to the way we do business. Rich's expertise and willingness to pour his time, effort and expertise into my company has proven invaluable to the growth and future of my company (selfless service). His honesty and integrity in making sure that we can back up and do what we say we can do is thorough and consistent (integrity). He has become passionate about our cause which is to rid Amazon and other marketplaces of counterfeits and help companies grow in a smart and right way (duty & honor). Rich and his wife continue to go above and beyond

the call of duty to help us accomplish our mission (loyalty). As you can see, from my experience, Rich has given me more than enough reason to believe he is the right person to be apart of my company according to the values I stand for. I have become familiar with the case and the things that are being said about Rich are not at all congruent to the man that I know.

In light of the outcome of your case, I whole-heartedly believe that Rich has a new and valuable outlook on life. One that makes him an asset to society, his family and my company.

I urge leniency for one reason that is outside the scope of your case, Rich plays a major role in my company. He developed marketing materials and messaging and a robust plan sales plan to expand my business. He has already proven valuable by acquiring a large client for Marketplace Managers and we have many more in his pipeline. Replacing him would be very difficult at this point.


Best regards,

Dan Watson

CEO, Marketplace Managers

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

My name is Joe Abing. I am writing this letter on behalf of Rich Simon. I am asking for leniency on his sentencing.

I have worked in education for the last 20 years. I am currently the Head Mens Water Polo and Mens Swimming coach at Cerritos College. I also teach various Physical Education classes at Cerritos College. I work with a variety of people. Our college is large and diverse. I have been at the college for 16 years. I live in a small community close by called Seal Beach. It is here in my hometown where I have had the pleasure of meeting Rich Simon.

Rich and I have been friends for the last 6 years. Our boys attended the same pre-school. That is how we met. Rich and I had a lot in common in addition to the fact that we were parents with young boys. I was immediately drawn to Rich and his wife and kids. They were super friendly and shared all of the kinds of values that we believe in. We both loved to camp, the beach, and make family time fun. Since we both had young boys, we had to discipline our kids at all times. The simple manners of saying please and thank you, or cleaning up your own mess after a visit. These are things both families did, and so when we got together, it worked. We spent more and more time together with Rich and his family. This included planning vacations with just our families. From all of this time spent together I would learn more about Rich and what a sincere caring man he is.

Specifically Rich is an amazing Dad and Husband. Having two young sons can be challenging. Rich always showed compassion for his kids. He had a great patience when needed, and was really good with our boys. Rich has a wonderful sense of humor, and I always enjoyed our conversations about the realities of being married with kids. We have been on many trips together, and often Rich was with my boys for long periods of time. I was always happy and confident that my boys were well taken care of and in good hands.

The situation Rich is in is troubling considering what a solid community member he is. As a friend of Rich, I only know the good man he is and seeing the emotional struggle he has been in the last couple years has been tough. He is kind and very considerate of others. My young boys and Rich's own boys need a good person like this in their lives. Rich has a solid marriage and loving home. The last two years have been brutal for the whole family. Lauri needs her husband at home.

Thank you for taking the time to read this short letter about my friend Rich Simon. I hope you can show mercy on this gentle, kind, loving soul who is a father of two young boys and devoted husband.

Sincerely,

Joe Abing
Cerritos College Water Polo Coach & Instructor

Rachelle Abing

August 14, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S.
Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

Before I ever met Richard Simon, he and his family caught my eye in our small beach town, Seal Beach in Southern California. The reason being is I noticed them walking as a family around town with their dog and picking up their young child from childcare. I was always impressed that they took the time to go and walk to pick up their child versus drive and having young kids myself I noticed Rich helping his young son Zwith his balance bike.

As an elementary school teacher for the past 19 years with Ocean View School District, families spending time together makes an impression on me because it is not as common anymore and is so crucial for a child's development. A few years later in 2011, I had the chance to personally get to know Rich and his family. Our paths crossed when Lauri, Rich's wife was on bed rest with their second child. Lauri and I met when we both joined MOMs club, a non-profit organization to provide support to moms and give back to the community through service projects. Lauri and I both served on the board of this organization. Rich's commitment to his wife and young son impressed me when Lauri was at the hospital for over a month and Rich doted on both Lauri, their young son and maintained his job and household duties all while praying their new child E would be born healthy.

We became friends with the Simon family when our oldest children attended a cooperative, parent-involved preschool. Lauri and I again served on the board together. We spent countless hours helping the school run smoothly which encompassed working with the kids, organizing fundraisers, making sure the proper licensing paperwork was up to date, and attending many family gatherings. During this time, I had the chance to observe Rich who was every child's hero tirelessly playing when he came to the school. He patiently helped the young scholars hammer and build during dad days and you could see their faces light up when he was around to play chase, ball, or tag. He always made the time at home to support Lauri so she could fulfill her duties as Secretary at the school.

For the past 8 years, our families have been a part of one another's lives. We have seen Rich and Lauri struggle over the past 3 years while their lives have been in turmoil from the trial and now upcoming sentencing. As a teacher, I see how parents interact with kids daily. I know I want Rich to continue to be in my own kids' lives, but especially know how much he is loved by his wife and own young kids and how much they need him present. Thank you for taking the time to read about the Rich Simon we know, love, and admire.

Rachelle Abing
Elementary Teacher



**Mark S. Berkowitz, Psy.D.**
**Licensed Clinical Psychologist**
████████████████████
Englewood, CO 80111
Phone: ████████████
Email: ████████████████

Date: 5/12/2019

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston , Massachusetts, 02210

Dear Judge Burroughs:
I am writing to request leniency for Richard Simon. I am Richard's first
cousin once removed and a licensed clinical psychologist for the past thirty
five years. I currently serve as the Regional Medical Advisor for the Denver
and Seattle Regions for the Social Security Disability Program.

Richard came into my life when he was eighteen when his father asked that I
talk to him about the importance of finishing college. Despite our lack of a
prior relationship, he was open to my input and did in fact apply himself and
graduated. Our relationship grew closer years later when he lived in Denver
with his wife Lauri and we have maintained contact ever since. I have only
known Richard to be a caring and compassionate person who is a dedicated
husband, father and son. He cared for his father who struggled through and
eventually lost a difficult battle to copd. He also cared for his elderly mother
during a serious illness but fortunately, she is still with us.

Richard clearly has been  traumatized by the events of the last few years and
trial and as expected, is extremely concerned about the impact on his family
and his two young boys who are in their formative years and are the lights of
his life. I am unaware of any prior serious legal difficulties involving
Richard.

I strongly believe that an unduly harsh sentence will not serve to further
enhance his appreciation for the gravity of his dire circumstances. In closing,
I respectfully request leniency as you consider the sentence you will
ultimately impose on him. I am available to talk further if needed.

Thank you,

Mark Berkowitz Psy.D.

**Christopher Botnick**
████████████████████, Silver Spring, MD; 20910    ████████████████

September 15, 2019

The Honorable Allison D. Burroughs
U.S. District Court Judge
John Joseph Moekly Courthouse
1 Courthouse Way, Suite 2300
Boston, MA  12210

Dear Judge Burroughs:

I am grateful to have the opportunity to write to you on behalf of Rich Simon as it relates to the verdict against him in the Insys trial. Rich is my closest friend because of his generous spirit and open heart. He is, simply put, one of the finest people I have ever met and this planet is lucky to have him on it. I am only writing this letter to ask you for leniency in sentencing.

As background, I currently work for the National Oceanic and Atmospheric Administration in Silver Spring, MD where I support the Office of Response and Restoration. Ours is the office that responds to oil spills in the marine environment. I hold a Master of Public Policy and a Master of Science in Natural Resources & the Environment, both from the University of Michigan.

I have been friends with Rich for 24 years, having met him not long after I graduated from Cornell University. We initially met in Washington, DC, but we have effectively maintained our friendship over various distances over the years. Rich has been one of my best friends and closest confidants since we met and we have continued to build trust and a deep bond over the years.

I have continued to become closer to Rich over the decades because he satisfies what I demand in a close friend – most importantly, honesty; our relationship is built on purely honest discourse and feedback. At no time in our relationship have I ever had a doubt that he was telling me the truth and didn't have my best interests at heart. When Rich speaks, you know his words are coming from the heart and a place of moral rectitude. He is filled with compassion for others. Rich is an extremely good person that has always gone out of his way to help people. I have seen him on countless occasions engage in deep, personal conversations with complete strangers, from which they emerge feeling supported and loved by a new friend... because they are. These are a rare qualities in a human and I can't express to you how important they are… we need more Rich Simons.

Rich and I bond most closely over the adverse ways people treat each other and the environment because it affects us both emotionally. We have long discussions observing what people continue to do wrong to each other and the planet, pontificate on what is the "right" thing to do, and wonder why it is so seemingly hard for people to do it. Rich isn't the person that would take

advantage of another human being for his own gain. He doesn't have it in him to injure someone else to garner capital. I am fully aware of how the actions of others in his former company have impacted the lives of others and I have seen that he is heartbroken by it.

I just can't express enough the value that Rich brings as a father, a friend, and a member of society. As I said before, the world is a better place for his presence in it. He is about as fine a member of society that I can imagine. I hope that what I have said resonates, because it is nothing but the truth. I respectfully request that you take this to heart as you consider his sentence.

I am available to appear as needed, were that to be appropriate, or otherwise can provide any further information in which you may be interested.

Respectfully yours,

Christopher Botnick

Merle Chinich

~~address~~
Monroe Township, NJ, 08831
~~phone~~

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:


My Name is Merle Chinich.

I have known Richard Simon for 48 years, since before he was even born. I am a close family friend and know the kind of values Richard was raised with, has always believed and has practiced. He is a man that has always been honest, truthful, hardworking and has lived his life with integrity. This is what he learned from his parents, both of whom were wonderful examples of this, and the way he has always led his life.  He is instilling these same values and beliefs in his two young sons.

When Richard's father Marvin was ill and dying, Richard took leave from his wife and children, his work and went to Florida to stay and help his mother care for his dad.  Richard stayed and helped until his dad passed away. He was not asked do this, he wanted to. This is the kind of caring person Richard is.

Richard is a wonderful and caring son to his mother Susan. Richard did not want his Mom to be alone in Florida and encouraged her to move to California to be near him and his young family. Since she has been there he helped his Mom to recover from and to survive two cancer surgeries.

He is the kind of person who would be happy to help not only his family but anyone he knows to be in need.

In the many years I have known Richard, I truly believe him to be an honest, truthful, trustworthy, and caring person.


Respectfully,

*Merle Chinich*

Merle Chinich

Kevin M. Cofsky

Croton on Hudson, NY 10520

The Honorable Allison D. Burroughs
US District Court Judge
John Joseph Moekly US Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 12210

December 9, 2019

Dear Judge Burroughs:

I was formerly an attorney and had the honor of clerking for the Chief Justice of the New Jersey Supreme Court. I have tremendous respect for the judicial system and for the authority of your Honor's court. It is in this context that I share my views of Richard Simon, and respectfully ask the Court to be lenient in his sentencing.

"*I never had any friends later on like the ones I had when I was twelve.*" (Stand By Me, 1986).

I have known Rich since we were about seven years old. We have been friends for so long that we don't remember a time when we were not. I know what is in Rich's heart and head, as only a lifelong friend can.

Rich helped me meet my first girlfriend, in the way that only a trusted twelve-year-old friend can do. He signed the Ketubah at my wedding when I was 32. And we still talk regularly as we close in on fifty, even though Rich lives in California and I live in New York.

In all of this time, I have never known Rich to be anything but candid, genuine, sincere and honest. He is a good friend, a loving son, a caring husband and a devoted father. Rich has always been a person of notably high character, someone who truly cares about others.

I do not know all of the facts of the Insys case. Based on what I have read, there were bad actors who engaged in criminal conduct that caused real harm to many people. Having known Rich Simon as long and as well as I do, I find it difficult to believe that Rich knew about or intentionally engaged in these acts of malfeasance. It would be completely inconsistent with the person that I know.

While I respect the jury's verdict, I implore your Honor to be merciful and lenient in sentencing Rich.

I would welcome the opportunity to speak with you or to provide any additional thoughts or information that you might find helpful.  Please contact me at your convenience.


Sincerely,

Kevin Cofsky

October 10, 2019

Doris Davis
~~[redacted]~~
Seal Beach, California 90740
~~[redacted]~~

The Honorable Allison D Burroughs
United States District Court Judge
John Joseph Moakley U S Courthouse
1 Courthouse Way, Suite 2100
Boston, Massachusetts 02210

Subject:  RICHARD M SIMON

Dear Judge Burroughs:

I am Doris Davis and a close friend of the Simon family for the past several years.

Richard is a devoted, caring son who is contributing 100% towards the care of his mother, Susan Simon.  She has been battling organ cancer for the past 4-5 years.   He is an active parent and involved in the day-to-day raising of two minor sons.  He endlessly contributes time, energy and support of school programs. IE: Fund raising events, Boy Scouts, etc.  Husband Richard is supportive, caring and loving. Household chores, child care, etc are not his or hers but viewed as Ours and often Richards'.

Richard is ethical, honest and considerate. I believe in the goodness of this man. He is and will continue  providing exemplary-supportive care for his mother, raising his sons into exceptional adults and continue being a loving husband.

Please consider leniency and allow him to continue fulfilling his obligations.

Yours truly,

Doris Davis

A59

Kathy Demos
~~████████████~~
Vista, Ca. 92081
~~████████████████~~

November 22, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

I'm Lauri's (Richard Simon's wife's) first cousin.
I met Rich in November 2005 at my Thanksgiving dinner I was hosting. Rich was loved by all!
On this day in 2005, my own children were 8 & 10, about the age Rich and Lauri's kids are now. Among them were other young children, young adults, and older adults. Rich was thrown into that family Thanksgiving, such as it was that day. I remember clearly his positive interaction with all the kids, as well as the adults, and the genuine conversations he had with the younger adults. On this very day, I told Lauri that Rich will make an excellent father and husband.

It has been my pleasure to witness Rich and Lauri's marriage, the raising of their boys, and how they've lived an exemplary life over the past 14 years. Over the last decade, our families have been a significant part of each other's lives. Rich and Lauri have visited our family a few hours away in Bakersfield, Ca many times.  My kids and I have also stayed overnight several times at their home throughout the years.  I have always been amazed at how much interaction Rich has with the day to day raising of their 2 young boys, Z██ & E█ Seeing this first hand and watching how much those boys love and respect their father is just beautiful.

Rich is a family member through marriage, however I consider him to be my family. He is loved by my son, daughter and myself, not to mention all the extended family. About 8 years ago, my daughter, my son, and I went to stay at their home for several days. Lauri was out of town for a few weeks training for a new job while Rich was taking care of Z██ who was only 2 years old.  Since Lauri was away at training for weeks, I was prepared to help Rich manage the household tasks and care for Z██ while we were there, but quickly realized Rich was fully competent and didn't need my help.  It became obvious to me

that Rich is a fully involved parent on a daily basis, helping Lauri tremendously, even when she is home.

During this same visit in 2011, my son who must have been 12 at the time, bonded with Rich in such an extreme manner. Rich and my son N⬛ played guitars together and discussed music. Rich encouraged him to do well in school while being himself and pursuing his love of music. This meant so much to because at the time, my son was having a hard time fitting in at school and my husband and I had recently separated. Rich was such a positive influence on my son during this visit that Rich became a role model for N⬛ with school, music, and being true to himself during his crucial teenage years. Most importantly, Rich gave my son the confidence he desperately needed during these years. Since then, my son has graduated from a high school with a music focus, has attended college, and has begun a career in music.

Rich has also been a positive influence on my daughter T⬛ and her long-term boyfriend, R⬛. Rich took them out in the ocean, educated them on water safety, and the basics of surfing. Rich then took R⬛ on several occasions to teach him how to surf. Not only did Rich teach him water safety and surfing, he was extremely unselfish and attentive in to my son to educate him on the respect of the ocean. I am grateful to him for taking this time to positively affect my family.

The role that Rich plays in the upbringing of their boys and the model husband and dad that he is, is not common. This is not something you see every day and because of this, his absence within the home will be devastating. I hope you consider leniency for Rich as this will affect the course of their boys' lives forever.

Sincerely,

Kathy Demos
Kathy Demos

David J. Donza
~~[redacted]~~
Pompton Lakes, NJ 07442

October 5, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

My name is David Donza and I'm an employee of Kumon North America based out of White Plains, NY with our North American headquarters in Ridgefield Park NJ. I am writing to urge leniency in the sentencing of my friend Richard Simon. It is my hope that you will thoroughly review and take the contents of this letter in consideration.

I have known Richard for more than 25 years, since meeting him in college at Stockton State University in NJ. I'm aware of the situation in which Richard has been tried and it's extremely hard for me to wrap my mind around him taking part in any type of activity that is of criminal nature. This type of activity is not in line with the man I know and have been friends with for so many years. I'd like to share with you my thoughts on the person I know Richard to be.

Richard has been the type of friend that I could call at any time and always rely on him to be there for me. Richard moved to California and also lived in Colorado for a period of time, even though distance separated Richard from friends, his door was always open and he never failed to continually reach out to those that played an important role in his life. His friendship was strong from day one and always remained so. An example I'd like to share of his character and friendship was during a visit to his home in California several years back. I was having difficulty at a previous employer and my current supervisor. These difficulties stemmed from expectations set at the time of hiring that weren't being met by the organization or my supervisor. Richard sat with me as good friend would and provided suggestions and advice with regard to handling the situation I was in at the time. The advice Richard provided, demonstrated not only what I value in a friend but also qualities of leadership and strong ethical values, qualities that are not in line with what Richard has been found guilty of, again making it so hard for me to believe he would have any involvement in the crime he's being accused of committing.

I have always known Richard to be a person of good character, with high moral standards. I've had the opportunity to meet his parents and was able to quickly see that he was raised to be a person with strong conviction with being an honest person, with respect towards others, compassion and loyalty to family and friends. Richard has always displayed being a loving husband and loving father to his two sons. I've always known him to be a hard worker and committed to providing for his family and their well-being. Richard would always call to chat about how things were going in my life, ask about my wife, children and career. He has always been a great friend to share a joke, chat about sports and reminisce about are youth.

As you know, Richard has never been involved with any type of criminal activity in his life.  Given Richard's past history, his close ties to his family, friends and community, I strongly believe that Richard should be treated with leniency when sentenced.

Thank you for your time.

Sincerely,

David J. Donza

October 4, 2019

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

I am writing to you in regard to my friend Richard M. Simon. The purpose of this letter is to urge leniency in his upcoming sentencing based upon the person who he is and not the charges for which I personally feel he has been wrongly convicted.

My name is Robert Fiorile.  I am an environmental scientist at a national engineering firm.  I have worked in the environmental field for over 25 years, conducting natural resource assessments, implementing ecological restoration projects and assessing regulatory policy compliance. It was my passion for the natural environment that led me to study at Richard Stockton University, which is where I first met Rich over 30 years ago.  Rich also has a passion for nature and outdoor activities.  So, when we met in the fall of 1989 at college orientation, we quickly became the closest of friends and ended up spending our entire time in college as roommates. We took many of the same classes (our favorite was geomorphology with Dr. Claud Epstein) and would often head off to camp, hike or hit the beach.  In short time, Rich would prove to be on of the most influential people in my life. Of course, you learn a lot from the course work and professors but for me some of the most important lessons learned in college were life lessons that occurred outside the classroom and some of the most important of these, I learned directly from Rich.

Through his words, Rich always emphasized the importance of friendship and through his actions, Rich always proved what it truly means to be a real friend. Rich showed all of us that the core values of friendship are honesty and loyalty. You could always count on Rich to give you an honest assessment of yourself or a situation. This includes the toughest of times when honesty can be difficult because the truth may not something that is easy to hear. Rich also showed me what it meant to be a loyal friend. It is easy to be a friend during the good times when everything is all jokes and laughter, but not everyone wants to be there during life's more challenging times. For Rich, honesty and loyalty are unwavering conditions of friendship. Ones that he both provides and expects in return. That is why Rich is the singular friend that we would all seek out during challenging times. Whether it be a broken heart or feeling overwhelmed, you went to Rich because you know as part of his commitment to honesty, he would provide the objective truth you needed hear and because of his loyalty you knew you could trust him with your deepest thoughts and feelings.

Over the years, I grew to learn that honesty and loyalty were not core values that Rich reserved for friendships. They were the core values that make up his entire life and that he applies across all aspects of his life. This includes his work ethic and above all else his family. This is why, on a deep personal level I ask you to see Rich as he really is – a good friend, honest man and positive person.

Sincerely and respectfully,

Robert Fiorile

Raymond S Giordano

██████████████
Montville, NJ  07045

June 25, 2019

Re: Richard Simon

To: The Honorable Judge Allison D. Burroughs
    United States District Court Judge
    John Joseph Moakley U.S. Courthouse
    1 Courthouse Way, Suite 2300
    Boston, Massachusetts  02210

I am writing to you in connection with the sentencing pending before your Honor of Mr. Simon. I
respectfully request that you take the entirety of Mr. Simon's life into account when determining a fair
and just sentence.

I spent over twenty years on Wall Street as an Equity Trader from September 1995-January 2015. I was
a partner at the hedge fund First New York Securities from 1999-2012 and then was a partner at Quad
Capital from 2013-2015.  After Wall Street, I decided I wanted to give back to our society and make a
difference.  I now own a homecare company, Right at Home, where we take care of seniors in the
comfort of their homes where our mission is to improve the quality of life for those we serve.

I met Rich through childhood friends when they all attended Stockton University in New Jersey.  We
spent three summers sharing beach houses on the New Jersey Shore.  This is where I gained an
understanding of the kind of character that Rich possesses.  In my dealings with Rich over the past 25
years, I have always found him to be honest and forthright.  He is a good person. He is generous, witty,
kind, and loving.  I have observed him to be a wonderful father who is very involved in every aspect of
his children's lives.  He is an integral part of their lives and they of his.  Any significant separation
between Rich and his children will be, in my opinion from observing them, detrimental to those children
and Rich as well.

I urge the Court to show compassion to Rich when deciding on sentencing.  I do not believe Rich is a
danger to society.  I do not believe that any significant period of incarceration in this matter would be in
the interests of justice.  In the 25 years I've known Rich, he has been a person of high moral and ethical
integrity.  I consider him a great friend who has always been a reliable, trustworthy, and decent person.

I thank the Court for consideration of my views in this matter.

Respectfully yours,

Raymond S Giordano

Jeff Klein
~~[redacted]~~
Pompton Plains, NJ 07444

June 19, 2019

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Dear Judge Burroughs:

I am writing to urge leniency in the sentencing of my friend Richard Simon.

My name is Jeffrey Klein. I am 47 years old, I have 3 children and I live in Pompton Plains, NJ. I have worked for Unilever for the last 23 years. I am a manager in the area of sales and marketing and currently lead an integrated professional team of roughly 10 people.

I first met Rich at Stockton University in 1990 through a group of mutual friends. During my Freshman year Rich and I became close friends and I am very happy and proud to say that he is still one of my best friends today. In college we studied and socialized together and prepared for our post college lives. During those years, I got to know Rich very well. I understood right away that he was different than most of the people that I had known in my life before college. What was different about Rich was that he really cared, he was a friend who would listen, offer advice and would do anything to help me through whatever challenge I was facing.

Rich was someone that I went to in those years for counsel and advice and almost thirty years later, he is the still the person that I go to today. Through good times and bad, Rich is still the friend that I trust the most to listen, give honest advice and help me through any situation. He has been there for my divorce, my health problems and issues at work. He has been there through the birth of my children, youth sports, academics, and now to help me prepare to send my own children to college. He has really been there for everything. Rich is truly a great person, with great character and integrity that has always been there for me. He is a person that cares, and I know that my life is better because he has been an important part of it and that the world is a better place because he is in it!

Rich is also a great family man. He is always there for his wife Lauri and their two boys, Z●● and E●●. He is a husband and father that will do anything for his family. I have seen him teach his kids to surf and to play the guitar. I have even seen him play the guitar and sing songs with his kids! His kids love it and when they play songs together I can tell how much Z●●, Laurie & E●●love Rich. He is the father that every kid wants to have and a husband who will do anything for his wife. I know that he takes the whole family on camping trips and hikes and that they have so much fun together! When Rich and I talk, I can tell how much he loves his family and enjoys being in their company. He and his wife Lauri are great parents who are doing a fantastic job raising their boys to be happy and successful!

I also know that when Rich's father was having health issues a few years ago, Rich was there for him. Rich went to Florida and spent weeks by his father's side before his father finally passed. I know how

much pain Rich went through and how much he loved his father.  I know that Rich helped his father
through this time and I know that many of us hope that when we get older that we have children like
Rich who will be there for us in this same way.

I have tried to be there for Rich since he learned of his indictment and now his being found guilty.  We
have had more work-related conversations over the years than I can count as we both come from
similar sales backgrounds and have depended on each other and helped each other make important
decisions regarding our career paths.  Never in our conversations have I ever got the impression that
Rich is capable of what he has been found guilty of and hope that my sharing my personal experience
and knowledge of Rich has given you a clearer picture of the person he truly is.

I also hope this letter conveys how great of a friend he has been to me and of how great a family man he
is to Lauri, Z⬤⬤ and E⬤  I have seen him and his wife suffer greatly in so many ways as a result of this
current predicament he finds himself.  I hope that the picture I have tried to paint will provide Rich with
leniency on your behalf.  All of our lives are better with him in it!

In closing, Rich has always been there for me.  Please let me know if there is any additional information
that I can provide to help him.  Also, please feel free to contact me at any time.  You can email me at
⬤⬤⬤⬤⬤@⬤⬤⬤⬤⬤⬤or call me at ⬤⬤⬤⬤⬤⬤⬤

Sincerely,

Jeffrey Klein

A68

Eric C. Kriebel

Baltimore, MD 21230
May 24, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

I am writing to you about Richard M. Simon. I respectfully ask that you strongly consider leniency
when sentencing Rich.

I first met Rich when we were living in the Washington, DC region in 1996. Since I've known Rich, he
has been a responsible, decent, caring person. I initially saw his passion for music, playing guitar
and singing later transform into his love for his wife and sons. We've vacationed together many
times over the years, visited friends for birthdays, and Rich has always been a generous, supportive
human being. It's extremely difficult for me to believe he knowingly participated in the charges
against him.

For the sake of Rich and his family, please consider the positive impact Rich has made on so many
people during his life. You may contact me if there's any additional information I can provide to
support my friend.

Sincerely,

Eric C. Kriebel

Email:
Phone:

████████████
Toledo, Ohio 43614
May 18, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

I am writing to you to request leniency in the sentencing of my friend Richard Simon. He was convicted of racketeering in the INSYS Pharmaceutical Case.

I am a breast cancer surgeon. I met Rich in 2010 in Seal Beach, California. Our children attended the same neighborhood day care. I also became close friends with his wife Lauri, and his son Z███ was my daughter ████████'s best friend for two solid years. He had a second son, E█ who was born in 2012.

 I also know Rich's mom, Susan, who is a retired nurse and I knew his father who died from COPD in 2015.  Rich is very dedicated to his family.  When his father's illness progressed he personally cared for him during his final months.

He worked hard to provide a comfortable life for his wife so that she could devote herself to caring for their two children. He was a kind and present father. He took Z███ surfing and shared his love of music with all of us. Rich played the guitar and cooked pizza. When my husband, Andrew, suffered a severe head injury when he fell off his motorized skateboard. Rich called 911 and attended to Andrew while waiting for the ambulance to arrive. Rich was a good and supportive friend to Andrew. He encouraged Andrew during his recovery from the head injury.

Rich is a kind and caring person. I believe he was caught in a work culture that began with a drive to help cancer patients live the end of their lives pain free, and evolved into off-label uses that drove sales. I know Rich would never intentionally take actions that would harm patients – I do not believe his morals would permit him to exploit people going through the same type of illnesses his parents experienced.

Rich's two sons will miss having their father in their daily lives. They will miss his humor, music and love for them.  Please be as lenient as the law and your judgement allows.

Sincerely,


Helen Mabry


Niwot, CO 80503

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

My name is Greg Macchia and I am writing to request leniency in the sentencing of my friend Rich
Simon. I have known Rich for close to 30 years. We met through a close friend who I grew up with and
attended college with Rich.

I am married with three children and am the founder of a business in Boulder, Colorado. I am the coach
for my son's flag football team, my daughter's basketball team and I volunteer weekly at the elementary
school. I graduated with a degree in business from the University of Notre Dame and a MBA from the
University of Colorado, Boulder.

Even though Rich and I have not lived in the same state for 25 years, we have always remained good
friends. I followed the trial closely and I am aware of the gravity of the crime Rich has been convicted of
but it is still hard for me to believe his involvement. I wanted to share more about the person I have
known for 30 years.

Rich would often drive the 12 hours from NJ to Indiana to visit me at college just for a long weekend.
We have been through many milestones together. Rich has been someone I can count on and a friend I
know will always be there to support me. When my youngest daughter was born with health issues, Rich
was a friend that checked in frequently. He is a dedicated husband and a wonderful father to his two
young boys. He is involved with their youth sports teams, takes them camping and shares his gift of
music with them.  My heart breaks when I think about his boys growing up without their dad at such a
crucial time in their development.

As the founder/owner of a business that employs 40 people I would hire Rich to work for my
organization without hesitation. In all my dealings with Rich he has always been honest and acted with
integrity.

Please consider leniency when sentencing my friend Rich as the man that was on trial is not the Rich
Simon I have known and loved for 30 years.


Respectfully,

Greg Macchia

A71

12 December 2019

The Honorable Allison D. Burroughs
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

My name is Gregory McCoy and Richard Simon is one of my best friends. I'm 49 years old, happily married to my amazing wife, Michelle, for 20 years. We have two children ████ 15, and ████ 9. My wife and I are both Doctors and have been in private practice since 2002.

I have known Rich Simon since 1990. We met in college and immediately became great friends. Right from the start I admired Rich. He was a smart, skilled person with a close relationship to his family and friends. I always looked up to Rich as if he was an older brother. During a time of turbulence in my life, owing to my parent's divorce, Rich was my constant. He looked out for me. He helped me to make better, smarter and more moral choices and showed me that the easy way was not necessarily the best way. He is a gifted surfer, musician, and leader. He taught me to play the guitar.

Over the years, Rich has continued to be there for me in the toughest times of my life. He has always helped me to make the right choices. He has always watched out for me and always was a pillar of compassion and great advice. He is a genuinely great husband and father and loves his family immensely.

In no way is Rich a malicious or harmful person. In my decades of memories he stands out as the person who fearlessly but compassionately would call people out on their wrongdoings. For the life of me I cannot understand how Rich could have gotten caught up in this mess. I hope this does not ruin the life of one of the best people I've ever known.

I wish that you could see Rich through my eyes. You would see he is a generous, caring and hardworking family man. I beg that you take my words into consideration when sentencing Rich. I love him with all of my heart.

Respectfully and Sincerely,

Gregory McCoy, D.C.

Tustin, CA 92780

May 20, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

I am writing in reference to my friend Richard Simon and urging leniency in his sentencing.

Richard and I have been friends for five years, ever since my family moved to California.  His two children are close friends to my two children, ages ten and six, and our friendship has been solidified over the years with similar experiences and goals to raise our kids to be good and responsible people.  I am a principal engineer for a biomedical device company that develops life-saving heart valve replacement therapies and I conduct my professional and personal life with a high degree of honesty and integrity.

Richard serves as a role model to his kids and mine, and I can assure you his conviction is devastating to his and my kids alike.  He is a great father, is patient, generous, and always emulates kindness and decency.   He is an active participant in our kids' activities (cub scouts, flag football, leading surfing & guitar lessons) and his absence will be noticeable.  He has personally helped me through some traumatic times, and absolutely makes the world a better place when he is in it.

Please consider this reference letter during his sentencing hearing.  He is a good man and contributes greatly to the local community.

Kindest Regards,

Dylan Membrino

Tustin, CA 92780

Daniel James Nolan
████████████████
Highlands, New Jersey 07732

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Re: Richard Simon

Dear Judge Burroughs,

I am hereby writing as an appeal for leniency in Richard Simon's case. We have been close friends for nearly thirty years. He has nourished this type of long-lasting friendship based on honesty and genuine empathy. I have always known him as a responsible and caring person, from young adulthood, to an amazing father and husband. I was shocked to learn of the verdict. Richard has always shown the utmost concern not only for his friends and family, but for humanity as well. The severity of the opioid crisis in our country is horrific and appalling; and I know that my friend worked in the pharmaceutical industry in the hopes to contribute to the betterment of society, not the opposite.

Richard is the type of person who recognizes everyone's potential and aspirations. He has encouraged me on a multitude of levels, including to remain in architecture school during difficult times. For the last 25 years I have been practicing architecture, licensed in the states of New York and New Jersey. Whether a close friend or stranger, Richard is always interested in how he can bring out the best in you. His care for others is infectious, and has always made me want to do more for others as well.

Our group of friends, including myself and Richard come from humble beginnings. We have worked hard to build our families and sense of community. Although my family lives in NJ, I have visited Richard and his family every year in California for over the last 15 years. He has always been the driving force to keep friends & families together and to not take for granted what's important in life. He sings and plays the guitar to entertain everyone and foster solidarity. He is a loving and caring down to earth individual, a trait you can see in his two little boys, Z█ and E█ and the loving relationship with his wife Lauri.

I have always known Richard to be the voice of reason in our group of friends; a man of integrity and empathy. I still can not understand how he and his family find themselves in this awful situation. I urge you to please have leniency in his sentence. His family needs him, and I know he will work tirelessly to bring awareness to this crisis.

Sincerely,

Daniel James Nolan

Lori Schulte
~~████████████~~, Seal Beach CA 90740 (~~████████████████████████████~~)

December 10, 2019

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

I have known Richard Simon for five years. I met him and his wife Lauri when our kids were in preschool together. Our boys were best buddies so my husband and I would always chat with them at all the little preschool events. Richard was super down to earth and grounded. I remember feeling excited that all four of us got along so well and that we were on the same page about kids and family life. We lived in a neighboring city at the time and were on a quest to find the right community to raise our son.

When kindergarten started, our boys were in the same classroom. Since we lived in a different city, we were on a district transfer and drove to school. That's when I would see Richard, in shorts and a tank top, riding his skateboard while his two sons were riding their bikes to school. I admired that he was such an involved Dad. And, the only Dad on a skateboard. About a few weeks into kindergarten the teacher let us know that our boys were goofing off and were quite a handful together. That's when Lauri shared that both of their boys suffer from ADHD. The reason I see them riding bikes with Richard is because exercise before school is a necessity so they can get through the morning lesson. He is such a dedicated father to those boys and husband to his wife Lauri.

He is also very kind and patient. I recall a time when Richard was practicing baseball with some of the kids after school. When it was my son's turn at bat, he was very afraid of getting hit by the pitch. Richard calmly encouraged him to keep trying and he eventually got hit after hit. When I asked him later if he wanted to try another season of baseball my son told me, "Yes, if Mr. Simon is pitching. That was fun." Richard is also a very talented guitar player. We were over at his house awhile back and he was teaching my husband some new chords. They started playing together and the kids were laughing and calling it a daddy jam session.

Over the years, my husband and I have spent so much time with Richard, Lauri, and the boys. From elementary school performances, to Friday Night Lights (football) and cub scouts, he is always there. Richard is a very simple guy, not flashy at all. He is happiest with his wife and kids, playing guitar, and surfing at the beach. We, too, decided to call Seal Beach our home and made the move to the quiet little beach town know as "Mayberry by the Sea." The perfect place to raise a family.

Lori Schulte
████████████████eal Beach CA 90740 (████████████████████████)

I respect that the jury found him guilty of RICO, but that deviates so far from the person I've grown to know and love over the past five years.  Your honor, I humbly ask for leniency and that you please consider everything above when making your decision.


Thank you for your time and consideration.


Respectfully,

Lori Schulte

Robert Settlemire

Seal Beach, CA 90740

December 11, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

My name is Bobby Settlemire. I am an underwater cinematographer working in the film industry and a friend of Rich Simon's.

Our families met through McGaugh Elementary school and our boys are growing up together there. A relationship was formed amongst Rich, Lauri, their boys ██ and █ and my family through the incredible community that is Seal Beach. It is our ocean backyard and our mutual love and respect for it that sealed the bond between us.

When I met Rich, he was wearing a shirt with a dolphin with the words "The Cove" written on it. This struck me, as I have a deep knowledge of where it came from. We immediately began speaking and he learned about The Cove from a book called "Kook" that focused, amongst other things, on awareness of the mass numbers of dolphins that have been slaughtered in China and the preventative actions that have been taken to stop this horrific act. I asked where he got this shirt and we bonded as he shared that he had read the book and as a result, donated funds toward the protection of these dolphins and this cause. A cause I was coincidently involved in filming and am intimately aware of.

Rich's patience and desire to share his passion for surfing, wild life preservation and the ocean with his sons while including my own son is something that is difficult to express the power of. To protect and teach your own children in the water should be, and is, a natural parenting skill, but when you open that umbrella up to shelter and guide your friend's children without hesitation, it is a beautiful gift. That gift is Rich.

In the park they live next to, you can find Rich throwing a football around with his kids. With a smile and a solid spiral pass, we are always immediately included in the game. It's not Rich's skills we need, it's his understanding and patience that we need in our lives out here in California. Without it there would certainly be a hole that could not be filled. He is needed here. His family needs him. We can soul-crushingly see that and we, those that make up this community out here, would feel that loss as well.

The examples I have given are simply a glimpse, moments in time, into a life that is interwoven with our family and into the Simon Family deeply.

Caring and compassion are just a few of Rich's greatest traits. Please consider that the man I have come to know and trust with my own child, in my opinion, would never harm others so he could benefit on any level, not personally or monetarily.  I've witnessed many unfortunate ugly acts a human soul is capable of inflicting on its own kind and as a result, I'm careful of the friends I have met later in life and generally approach people with a guard.  With Rich I had no guard. He is a man that deserves the utmost leniency when he is sentenced as he has never shared anything with me or my family other than a deep respect for life itself and a compassion for it that makes it impossible for me to believe he intentionally tried to harm others for his own personal gain. Please exercise leniency in Rich and his family. He is one of the good ones.


With much respect,



Bobby Settlemire

Lisa Settlemire

Seal Beach, CA 90740

December 11, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

My name is Lisa Settlemire and I have been a member of the Seal Beach community for
the last 11 years. Rich's son Z▆▆ and my son R▆▆ are best friends. The boys are both
almost 11 years old. We have known the Simon family since Kindergarten.

Rich's involvement with the boys is always so open and appreciated. Our boys play
Friday night football together and Rich is always willing to spend time with the boys at
the park helping them practice their football skills. Rich is also a very good surfer. I
knew this only at first by the way Z▆▆ would glow when he talked about his Dad surfing
and how he wanted to surf just like him. Later Rich was kind enough to start taking my
son surfing with him and Z▆▆. He spends hours in the water with the boys helping
them catch waves while teaching them water safety.

It is very special and I am grateful to see a father so involved. I am also grateful that
Rich was willing to include my son. Rich has also been very involved in Boy Scouts with
the boys. R▆▆ and Z▆▆ did summer camp with the scouts one year and this is where
Rich and I first really started to get to know each other. Both of us would spend time at
camp with the boys watching skits as well as participating in Archery with the boys. I am
a very protective mother and there are few families that I feel comfortable trusting my
son in their care. I feel 100% confident that my son is always well treated and cared for
when he is with Rich and his boys. I believe myself to be a good judge of character and
find it impossible to come to terms that Rich is the same person I read about in the
news relative to his case.  He is generous and giving not selfish and conniving.

You can tell by the way Z▆▆ and E▆talk about their father that he is their world. We
see Rich with one or the other of the boys constantly. Lauri and Rich have two very
active boys who have very different interests. Lauri works full time and Rich, as a result
of his conviction, has taken on the majority of the responsibilities of shuttling the boys to
practices, homework and other events. He was and is very involved in raising these

amazing little boys into wonderful men. Their children are kind, loving and considerate children. I can't help to imagine the damage it would due to their lives to be away from their father for any extended period of time. It would leave an irreparable gap in their lives, changing their future indefinitely, if he is taken from them.

Lauri and I are also very good friends. She and Rich are very close, and she relies on him as a partner in parenting their children. She is already stretched so thin, works so hard at her job and being a great mother, that I don't know how she could take on much more.

This family needs Rich in their lives to be a whole productive family. He is a good man, a good father, husband and friend. Please consider all of the lives that will be affected by the sentencing.

With much respect,

Lisa Settlemire

Lisa Settlemire

Honorable Judge Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Honorable Judge Burroughs:

The purpose of this letter is to provide a character reference for Mr. Richard (Rich) Simon, whom I
have known and been friends with since September 2007. Rich and I bonded through music by
annually attending a blues festival with several other friends.

I am an information technologist specializing in systems, cyber security, and compliance. I worked at
a national laboratory as a programmer and Federal compliance officer. I am currently employed
with a government contractor performing the same work. I have volunteered for the past 6 years as
a girl's high school rugby coach. I am also a board member of the New Mexico Youth Rugby (NMYR)
organization, and the Albuquerque Youth Rugby (AYRU) organization.

I probably don't know Rich as well as some others you will receive letters from, but I know people.
What I know about Rich is he's intelligent, dedicated, honest, loyal, a great husband, and a great
father. I believe it took time for Rich and me to really feel comfortable around each other, but Rich
and I found some common ground between music and mutual friends. Over the years we have kept
in touch. We've built families in different states and countries and still kept in touch. He has hosted
me and my family several times. I believe Rich has treated me and my family better than some
friends I have had for most of my life.

Rich's best qualities are that he wants to help people. I know he felt helping people through the
worst pain imaginable was a gift for him and he fully believes that his work and the work of most of
the company's employees was in the best interest of the patients. The charges levied against Rich
are way out of the scope of what the Rich I know is capable of. The Rich I know would never cause
discomfort or pain to others for his personal gain. I believe if Rich felt people were hurt by his
actions, he would have quit his job.

For these reasons, I humbly ask that you are lenient in your sentencing of Richard Simon. Whatever
your decision, please accept my sincere thanks for your time and consideration of my request.

Sincerely,

Brian Sondreal

August 15, 2019

The Honorable Allison D. Burroughs
United State District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs:

As a public health professional and educator, I am acutely and expertly aware of the damage opioid abuse has wrought across this nation...and the direct responsibility that certain pharmaceutical companies have had on unleashing this scourge on our populous.  I too have read the stories of the unscrupulous business practices employed by these companies; the greedy motives that drive their leaders; and the blatant incentives that placed profits before people.  I am appalled by all of this and I applaud the government for taking on these bad actors.

This why it would take an extraordinary human being for me to offer a letter of support for a person convicted in this healthcare catastrophe.  Richard Simon is that person.  I have been friends with Rich Simon for over 25 years and he is simply one of the most ethical, conscientious, and thoughtful people that I have encountered in my life.

In fact, we discussed Insys and his role there many times.  Rich made several trips down to New Orleans while he worked for the company and naturally, I was curious about his company and career.  Rich always spoke passionately about his work and how he believed that his company's products were helping so many patients with intractable pain issues.  Rich's interest was clearly on how he could help better the patients' quality of life...not how he could line his own pockets.

Rich Simon is a selfless, altruistic person who enthusiastically supports others – not only his wife and two boys, but the many friends in his life.  Rich is often the first person to reach out when someone is experiencing a painful time in their lives.  One of many examples of this is when I was going through a very difficult divorce.  During this time, I had withdrawn into myself and was avoiding the closest people in my life.  Rich was the person who kept reaching out to me – even when I would ignore his calls and messages.  Finally, one day, I gave up and took one of his calls – and I am grateful that I did.  Rich was generous with his time, shared his feelings openly with me, and provided the understanding and support that I needed (but was resisting) during this arduous time.  He has helped countless others through similar hard times.  This genuine kindness and concern for others is Rich's defining characteristic.

Rich is also a devoted family man and active community member who dotes on his two boys, his wife, and extended relatives.  He is passionately active in Cub Scouts, beach clean-ups, and many other pursuits that benefit his community and those around him.  In closing, I ask the court to provide mercy and understanding to a person who has given so much support, aid, and encouragement to many others.

Respectfully yours,

Thomas J. Stranova, ScD, MHA
*Associate Dean*
*Office of Student Affairs and Admissions*
*MHA Program Director*
*Clinical Assistant Professor – Department of Health Policy and Management*
*School of Public Health and Tropical Medicine*
*Tulane University*

New Orleans, LA  70112

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

My name is Samara Swierkocki and I am writing this letter for our dear family friend
Rich Simon. Rich is one of my husband's closest friends and I believe he is truly a
man of integrity.

I met Rich through my husband in 1998. We were young adults at the time living on
the East Coast. Many things have changed since then. We have all married, had
children and moved to California. Over of the years I have watched many of our
friends move on in different directions and lose touch for one reason or another.
This was never the case with Rich. Once you were his friend you were his priority.
He always made an effort to maintain the relationships that were important in his
life.  That said we have remained close with him over the years, which allows me to
speak to his character.

One thing that stands out to me about Rich is his love for his family. When his wife
Lauri was pregnant with their second son she was put on permanent medically
prescribed bed rest. This was a difficult time for all involved because at the time
they had a toddler. Rich continued to provide for his family, as well, as take care of
his bed bound wife and their young son.  I have always admired his ability to
overcome challenges such as the above with confidence and compassion allowing
his family to maintain peace of mind.  Once B  was born they made the decision, as a
family, for Lauri to stay home with their young boys, and be the full time mom she
always wanted to be. Rich has worked hard over the years to provide for them
financially as well as being there as a great dad. Rich loves spending time with his
family and a simple bike or skateboard ride with his boys always manages to put a
smile on his face.

I provided the above examples to give you a small glimpse into the man I believe
Rich is and will always be. He is a loyal friend, a supportive husband and a devoted
father. My wish is that the court will have compassion for Rich and allow him to
continue to be the dedicated family man he has proven himself to be.

Sincerely,

Samara Swierkocki

A84

The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way Suite 2300
Boston, Massachusetts 02210

Dear Judge Burroughs,

My name is James Swierkocki and I am writing this letter to earnestly petition for leniency for one of my closest friends Rich Simon. I first met Rich twenty-nine years ago and we have remained close friends ever since.

Here is a little background about myself. I currently work as a homecare physical therapist and have twenty-two years of experience in a variety of rehab settings including inpatient, outpatient, home care and hospice. Over the course of my career I have worked with a multitude of diagnoses, diseases, age groups and patient types. I truly enjoy my profession in healthcare because I am surrounded by likeminded, genuine people who possess compassion and empathy. It is my privilege to call these folks my colleagues and friends whose main mission is to make a positive difference in the world. My personal life is no exception. I am drawn to and surround myself with the same type of people in my circle of friends and include Rich as one of them.

Rich and I met in college and instantly had a connection. I was struck by his loyalty, generosity and willingness to lend a hand to a friend. Whatever you needed Rich was always there without exception and never expected anything in return. We have spent a considerable amount of time together over the years and have gotten to know and understand each other on a deep level. We both relocated to California and that has only strengthened our bond helping to maintain a connection to our East Coast roots. While I have seen a lot of people dramatically change after college he has not. Rich has been steadfast in his convictions and devotion to his friends and family. He is a dedicated husband and father to his two boys, which are his utmost priority. I also witnessed Rich become a committed caregiver to his father during an extended illness before his passing. He then took on the responsibility of relocating his mother to California in order for her to be close to family and provide comfort during her bereavement process. Soon after, Rich was tasked to provide similar caregiving and support to his mother through two significant but different cancer diagnoses. On a professional level, he has always maintained the high road without compromise and was held by his peers in the highest regards. My wish is that Rich will be able to put all of this behind him and continue to provide, support and be a good steward to his family. I truly hope you can see Rich for the exemplary individual he is and show mercy in his case. In closing, I am fortunate and proud to call Rich my friend.

Respectfully Yours,

James Swierkocki

Joshua York

Lafayette, CO 80026
October 15, 2019


The Honorable Allison D. Burroughs
United States District Court Judge
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210


Dear Judge Burroughs:

My name is Joshua York and I am proud to call Rich Simon one the best friends that I have
encountered in this life. Our friendship began almost 20 years ago with a common interest in
music. We shared a great personal chemistry and soon began playing our guitars together several
times per week. Eventually, we shared many joyful experiences playing live performances
throughout the Denver area together. Over the subsequent years I've gotten to know Rich, his
wife Lauri and his 2 sons, Z⬤ and B⬤very well.

Our friendship has been a steady source of inspiration, mutual understanding and comfort in my
life. We have shared our triumphs and inevitable life pains together. Through the birth of
children to the death of family members (and everything in between), Rich has always been there
for support and to lend a patient ear. We always seemed to be going through some similar life
circumstances at a similar time.

Eleven years ago, Rich even helped me to start my own business, which became a successful
Denver company and a leader in our market. Rich helped me at a pivotal time, which made it
possible for me to pursue my dreams. Beyond the financial realm, Rich possess a greater
generosity. He possesses a generosity of spirit. Rich is not the kind of guy to cut in line, snag
parking spaces or even speak rudely to a waiter. I can't imagine Rich consciously choosing a
course of action that he thought would result in harm to another person. The charges Rich faces
paint an inconsistent picture with the man I know. Throughout our friendship, Rich has always
conducted himself with integrity, high moral standards and a sense of fair play. I trust him
entirely.

In my experience, the world is absolutely a better place with Rich Simon in it. During any
judgements of Rich's character, please consider his impeccable track record demonstrating a
lifetime of acting as a law abiding, decent human being.

Thank you,

Joshua York