UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>RICHARD M. SIMON,<br><br>    Defendant. | Case No. 16-CR-10343-ADB |

**ORDER DIRECTING CLERK'S OFFICE TO TURN OVER FUNDS
TO APPLY TO FORFEITURE MONEY JUDGMENT**

Upon consideration of the motion of the United States for an order directing the Clerk of the Court turn over funds paid by Richard M. Simon ("Simon") in excess of his restitution obligation to the United States Marshals Service (the "USMS") for application toward his outstanding forfeiture money judgment, it is hereby:

ORDERED that the Motion is granted; and it is further

ORDERED that the Clerk of the United States District Court for the District of Massachusetts ("Clerk's Office") turn over to the USMS for application toward his outstanding forfeiture money judgment the $300.00 paid by Simon beyond what was owed in restitution (the "Excess Funds").

The Excess Funds shall be transferred to the USMS via IPAC and shall be submitted with

reference to Simon and the above-captioned case number in order for the funds to be properly credited.

IT IS SO ORDERED.

Signed _____January 8_____, 2026.

_____
ALLISON D. BURROUGHS, DISTRICT COURT JUDGE
DISTRICT OF MASSACHUSETTS